UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MYRON, CORP.,

        Plaintiff,

    v.

HOLLAND USA, INC. D/B/A
AMSTERDAM PRINTING

        Defendant.
-----------------------------------------------------------------x

JUDGE CROTTY

Civil Action No.

07 CIV 6877

RECEIVED JUL 31 2007 U.S.D.C. S.D.N.Y. CASHIERS

## PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, MYRON CORP., certifies that said party has no corporate parents, affiliates, and/or subsidiaries which are publicly held.

Dated:      New York, New York
               July 31, 2007

                                                               COLUCCI & UMANS

                                                          By:_____
                                                          Frank J. Colucci (FC-8441)
                                                          Richard P. Jacobson (RJ-2843)
                                                          218 East 50th Street
                                                          New York, New York 10022
                                                          Telephone: (212) 935-5700
                                                          Facsimile: (212) 935-5728
                                                          Email: email@colucci-umans.com

                                                          Attorneys for Plaintiff