**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

RECEIVED
COLUCCI & UMANS
AUG 09 2007
FILE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MYRON CORP.,

      Plaintiff(s),

  -against-                                          AFFIDAVIT OF SERVICE
                                                                       07 CIV 6877(PAC)(MHD)

HOLLAND USA, INC. d/b/a AMSTERDAM PRINTING,

      Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK    )
                           S.S.:
COUNTY OF ALBANY   )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 3RD day of August, 2007, at approximately the time of 12:30P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND COMPLAINT AND PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P.7.1 AND INDIVIDUAL PRACTICES IN CIVIL CASES FOR PAUL A. CROTTY, UNITED STATES DISTRICT JUDGE AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H. DOLINGER AND INSTRUCTIONS FOR FILING AN ELECTRONIC CASE/GUIDELINES FOR ELECTRONIC CASE FILING/PROCEDURES FOR ELECTRONIC CASE FILING AND 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL upon HOLLAND USA, INC., the defendant in this action, by delivering to and leaving with DONNA CHRISTIE an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

DONNA CHRISTIE is a white female, approximately 45 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 135 pounds with blonde hair and blue eyes.

*Deborah LaPointe*
DEBORAH LaPOINTE

Sworn to before me this
3RD day of August, 2007

_____
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

```
                    State of New York - Department of State
                              Receipt for Service
```

Receipt #:  200708030341                              Cash #: 200708030317
Date of Service:  08/03/2007                          Fee Paid: $40 - CHECK
Service Company:  10 D.L.S. INC. - 10

Service was directed to be made pursuant to:    SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  HOLLAND USA, INC.

Plaintiff/Petitioner:
    MYRON CORP.

Service of Process Address:
CT CORPORATION SYSTEM
111 EIGHTH AVE
NEW YORK,  NY  10011

                                                      Secretary of State
                                                      By   DONNA CHRISTIE