UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
MYRON CORP., :
                    Plaintiff    :    Case No. 07-CV-6877 (PAC)
    v. :
    :    **RULE 7.1 STATEMENT**
HOLLAND USA, INC D/B/A AMSTERDAM :
PRINTING, :
                  Defendants. :
:
---------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for defendant Holland USA, Inc., d/b/a Amsterdam Printing certifies that Holland USA, Inc. is wholly owned subsidiary of Banyan Incentives, Inc., which is a wholly owned subsidiary of Taylor Corporation. Taylor Corporation is a privately held company owned by individuals.

Dated: August 23, 2007
New York, New York

                              Respectfully submitted,
                              FROSS ZELNICK LEHRMAN & ZISSU, P.C.

                              By: _____
                                   Mario Aieta (MA 2228)
                                   Betsy C. Judelson (BJ 1107)
                              866 United Nations Plaza
                              New York, NY 10017
                              Tel:    (212) 813-5900
                              Fax:   (212) 813-5901

                              *Attorneys for Defendant Holland USA d/b/a/ Amsterdam Printing*

{F0096066.1 }