# EXHIBIT
# 18

**Richstone, Mallory (APL)**

| | |
|---|---|
| **From:** | Mahler, Jing (APL) |
| **Sent:** | Wednesday, September 05, 2007 9:42 AM |
| **To:** | Richstone, Mallory (APL) |
| **Subject:** | Teamwork Calendars |

*Jing Mahler*

*New Product Coordinator*

*Amsterdam Printing & Litho*

*Tel: 518-842-6000, ext 2889*

Fax: 518-843-7505

*jmahler@taylorcorp.com*

DEPOSITION EXHIBIT
21
9/19/07

**From:** Mahler, Jing (APL)
**Sent:** Friday, December 15, 2006 3:33 PM
**To:** 'Jake Jan'
**Cc:** Terenzetti, Michael; Kenny-APL; Shialyne-APL; Eileen-Tonzex
**Subject:** RE: Teamwork calendar

Dear Jake,

Thank you so much for your support for APL on the new products! You are the greatest! I also have good news to you. I will start ordering process for the Teamwork Climbing hardcover with pen next Monday.

As far as the Team work soft cover go, would you please let me know how much the quote will be without stitching without spine? How about with stitching without Spine? We are trying to decide where should we go with this item, we will review this after we receive your quote. We are going to go forward with this item for sure, we just need to finalize the dimensions.

Thank you!

*Jing Mahler*

*New Product Coordinator*

*Amsterdam Printing & Litho*

*Tel: 518-842-6000, ext 2889*

Fax: 518-843-7505

*jmahler@taylorcorp.com*

**From:** Jake Jan [mailto:jake@tonzex.com.cn]
**Sent:** Tuesday, November 28, 2006 9:24 AM
**To:** Mahler, Jing (APL)
**Cc:** Terenzetti, Michael; Kenny-APL; Shialyne-APL; Eileen-Tonzex
**Subject:** Re: Teamwork calendar

Dear Jing,

1. To APL, I'm hardly to quote you MOQ. We'll try whatever we can to meet your needs. except we can't absorb too much material stock! Therefore, I will accept most of your q'ty without any reason.

2. I leave the sample you gave ( your competitor's sample in TPE office, but its vinyl was too rough and we reject it remember) and I don't suggest that.

3. For the Teamwork softcover (deboss vinyl size) that I discuss with Vincent and we willing to cut the cost to support your this project from $0.295 to $0.265.

4. For the Teamwork hard cover (Like Richford Duet) same we cut the cost to support you for this item from $0.305 to $0.29. In this item that was really have no any profits which because as I mention before we quote Richford vinyl was really low and also the Richford Duet too! Therefore, we did not have profit on this item whatever the q'ty are.

5. If we use PVC vinyl not like Richford vinyl, that cost will be a little cheaper. But the touch feel quality will be different because I knew that you don't want anything that feel cheap-like!

Hope that you could considerate that we was do our best to support those items to APL for introduce to the market. And I'm exciting to see your new design for next year.

Please if have any questions, I'm open to talk in any time! Thank you!

Best Rgds,

Jake
在 2006/11/28 上午 5:52 時 , Mahler, Jing (APL) 寫到 :


Dear Jake,

Another question for you for the Teamwork calendar, how many the MOQ would be if we order the Climbing hardcover Teamwork pen calendar?

Thank you!


*Mahler*

*New Product Coordinator*

Fax: 518-843-7505

imahler@taylorcorp.com

**From:** Mahler, Jing (APL)

9/6/2007

**Sent:** Friday, November 24, 2006 3:09 PM
**To:** Tonzex -Jake
**Cc:** Kenny-APL; Shialyne-APL; Eileen-Tonzex; Terenzetti, Michael
**Subject:** Teamwork calendar

Dear Jake,

We did some marketing analysis for the Teamwork calendar. We feel the price is too high for us to market this product. We need your help to see what we can do to lower the cost?

1. Do you still have the calendars we sent to you in the beginning (which is one of our competitor's calendars with mountain climbing? If you do, would you please quote that exactly calendar to us? If you can give us a detailed quote (how much for the material, how much for the paint, how much for the labor, etc.) that would be great. This is for us to figure out our marketing strategy.
2. For the teamwork calendar we are working on, can you also give us a detailed quote (how much for the material, how much for the paint, how much for the labor, etc.)?
3. In your previous e-mail, you stated that one of the reason this teamwork calendar we are working on is because of the material (not enough volume to get low cost from vinyl manufacturer), can you give us some options on vinyl? And how much the calendar would be with different vinyls?
4. Silkscreen is another big cost, is it possible that we can do something to reduce the cost? Would you please give us some options on this process?

Both APL and Tonzex work hard and long time for this calendar, we both want this calendar come to market, we need your help to introduce this product to market this year or early next year. Please help us with above questions and please don't hesitate if you have any questions and concerns.

Thanks for the new color swatches and new vinyl swatches. We will use some of them in the new calendars for next year. Next Monday we will send you some new designs for a new calendar for next year. A few of the designs we have here are very much attractive. Just wait and see.

Thank you!


*Mahler*

*New Product Coordinator*

Fax: 518-843-7505

*lmahler@taylorcorp.com*

D000052

EXHIBIT
19

**Richstone, Mallory (APL)**

**From:**  Mahler, Jing (APL)
**Sent:**  Wednesday, September 05, 2007 9:47 AM
**To:**  Richstone, Mallory (APL)
**Subject:** Teamwork Calendars

*Jing Mahler*

*New Product Coordinator*

*Amsterdam Printing & Litho*

*Tel: 518-842-6000, ext 2889*

Fax: 518-843-7505

*jmahler@taylorcorp.com*

---

**From:** Mahler, Jing (APL)
**Sent:** Thursday, June 22, 2006 2:29 PM
**To:** 'Jake Jan'
**Cc:** eileen; Kenny-APL; shlalyne@mail2000.com.tw; Terenzetti, Michael
**Subject:** Teamwork calendars

Dear Jake,

Here is the artwork for the Teamwork calendar.

Would  you please do this in two versions: one is in Richford vinyl, one is in World map vinyl.

Thank you!

*Jing Mahler*

*New Product Coordinator*

*Amsterdam Printing & Litho*

*Tel: 518-842-6000, ext 2889*

*Fax: 518-843-7505*

*jmahler@taylorcorp.com*



DEPOSITION
EXHIBIT
22
9/19/07

**From:** Jake Jan [mailto:jake@tonzex.com.cn]
**Sent:** Thursday, June 22, 2006 9:37 AM
**To:** Mahler, Jing (APL)
**Cc:** eileen; Kenny-APL; shialyne@mail2000.com.tw; Terenzetti, Michael
**Subject:** Re: Debossed calendars

Dear Jing,

The Richford notepad PO scheduled 7/15 x 80,000 pcs & 7/29 x 130,000 pcs. That vinyl was no problem but the calculator need to wait components of LCD panel, so our best delivery will be as:

7/20 x 80,000 pcs.
8/3 x 130,000 pcs.

All will be one week behind your original schedule( and that was very short for our Electronic items), please understand that was our best.

This is I just confirm with vendor and our production manager after shipping schedule meeting. Eileen will issue PI to Barry within these two days.

Thank you & Best Rgds,

Jake

在 2006/6/22 上午 4:34 時 , Mahler, Jing (APL) 寫到 :

Dear Jake,

Would you please let me know your ship date for the Richford Notepad under PO 83215?

Thank you!

*Jing Mahler*

*New Product Coordinator*

*Amsterdam Printing & Litho*

*Tel: 518-842-6000, ext 2889*

*Fax: 518-843-7505*

9/6/2007

Jacobson Decl., Ex. 19
Page 2 of 6

D000106

_jmahler@taylorcorp.com_

---

**From:** Jake Jan [mailto:jake@tonzex.com.cn]
**Sent:** Tuesday, June 20, 2006 10:59 PM
**To:** Mahler, Jing (APL)
**Cc:** eileen; Kenny-APL; shialyne@mail2000.com.tw; Terenzetti, Michael
**Subject:** Re: Debossed calendars

Dear Jing,

Yes, it was right in the middle on the cover and the height. Thought that just angle effect!

Don't worry I will make sure the quality and make no mistake.

Best Rgds,

Jake

在 2006/6/21 上午 5:53 時 , Mahler, Jing (APL) 寫到 :


Dear Jake,

Thank you for the photo, do you think the chiro man is in the middle of the calendar, from the picture, it seems a little to the right, maybe just the angle of the picture. Would you please help me to double check the position, as long as the chiro man is in the middle of the front cover (from left to right), then it is approved.

Regards!

_Jing Mahler_

**New Product Coordinator**

**Amsterdam Printing & Litho**

Tel: 518-842-6000, ext 2889

Fax: 518-843-7505

_jmahler@taylorcorp.com_

---

**From:** Jake Jan [mailto:jake@tonzex.com.cn]
**Sent:** Monday, June 19, 2006 9:59 PM
**To:** Mahler, Jing (APL)

Jacobson Decl., Ex. 19
Page 3 of 6

9/6/2007

D000107

**Cc:** eileen; Kenny-APL; shialyne@mail2000.com.tw; Terenzetti, Michael
**Subject:** Re: Debossed calendars

Dear Jing,

The Chiro move to the center(3mm to the right) and "Made in China" move to the back cover (3 mm to the left), have been changed and please see attached photo( one overview, one close view) for your confirmation. ( This item's PO not yet placed )

Also awaiting for your Eagle artwork soon.

Best Rgds,

Jake

在 2006/6/15 下午 10:58 時 , Mahler, Jing (APL) 寫到 :

Dear Jake,

I have 50% good news, 50% bad news.

The Chiro artwork is approved, but please move the design to the center of the calendar (3mm to the right). You don't need to change the height of the artwork. Another thing is the location of "Made in China", please move it to the about 3mm to the left so it will be on the back cover of the calendar, (the sample we received "made in China is in front cover.)

If you can just send me a picture with the artwork and "Made in China" in the right location. We can approve that. I know you need to start to produce right away.

I will send you the Chiro order soon.

The Eagle is not approved, we still think the artwork is not detail enough. Our designer is working on revising the design. I will try to send to you today to make another round of samples.

Thank you so much for your help!

*Jing Mahler*

*New Product Coordinator*

*Amsterdam Printing & Litho*

*Tel: 518-842-6000, ext 2889*

*Fax: 518-843-7505*

*jmahler@taylorcorp.com*

D000108

Page 5 of 5

<APL1.jpg>
<APL3.jpg>

9/6/2007

D000109



Jacobson Decl., Ex. 19
Page 6 of 6

D000110

# EXHIBIT
# 20

Union Pen Company – Helping your company or business celebrate its anniversary with i...    Page 1 of 3



UNION PEN COMPANY
Since 1984

Shopping Cart    Order Status    Customer Service    Your Account

Enter Keyword or Item #

Enter your Priority Code    Call to order 1-800-848-3800

**Categories**

**Search by Keyword**

1 of 1    1 |    Sort by    Top Sellers

Apparel
Business Accessories
Calendars
Company Anniversary
Corporate Gifts
Drinkware
Events
Fun & Functional
Giveaways
Holiday Products
Keytags
Motivational Gifts
New Products
Pens & Pencils
Specials
Totes, Bags & More

Anniversary Products

**Anniversary Pens**

**Anniversary Apparel**

**Anniversary Calendars**

**Quick Links**
— Make a Selection —

CELEBRATE YOUR SUCCESS!
ANNIVERSARY SPECIAL

Special Offers on some of our most popular products

shop now!

**United Teamwork Pln. Duet Monthly**
Item Color: Blue Imprint Color: Gold Imprint Area: 1 3/4" w x 2" h, up to 5 lines ...

As Low As $3.49
BUY
View Product Details

**United Teamwork Pln. Duet Weekly**
Item Color: Blue Imprint Color: Gold Imprint Area: 2 7/8" w x 1 1/4" h, up to 5 lines ...

As Low As $3.69
BUY
View Product Details

DEPOSITION EXHIBIT
27
9/19/01

**Stoneware Clrd Mug w/Teamwork Slogan**
A great mug to motivate and encourage! Richly colored with striking gold imprint - this 11 oz. mug is perfect for employees and business partners. Lead your team to success! ...

As Low As $3.77
BUY
View Product Details

**Aristocrat Pen W/Teamwork Slogan**
The Aristocrat Pen features retractable ball point with plastic cap and barrel, accented in gold. With the addition of the Teamwork slogan on the cap, this pen is ideal for employee and business associate gifts. Item Color: Forest Green Ink Color: Black Imprint Color: Gold No Custom Imprint Available ...

As Low As $2.63
BUY
View Product Details

**Pin-Teamwork**
Promote your companies' emphasis on teamwork with these beautiful motivational pins. Great for offices or schools! ...

As Low As $3.09
BUY
View Product Details

**United Teamwork Pocket Cal. Monthly**
Item Color: Blue Imprint Color: Gold Imprint Area: 2 7/8" w x 1 1/4" h, up to 5 lines ...

As Low As $2.59

Jacobson Decl., Ex. 20
Page 1 of 6

Union Pen Company -- Helping your company or business celebrate its anniversary with i...   Page 2 of 3





Item Number: UPC30838

**United Teamwork Pocket Cal.
Weekly**          ...






View Product
Details

As Low As
$2.55+

BUY

**Achieve Teamwork Pocket
Cal.Monthly**     Item Color: Blue Imprint Color: Gold Imprint Area: 2 7/8" w x 1
1/4" h, up to 5 lines ...






As Low As
$2.49

BUY

View Product
Details

**Achieve Teamwork Pocket
Cal.Weekly**     Item Color: Blue Imprint Color: Gold Imprint Area: 2 7/8" w x 1
1/4" h, up to 5 lines ...






As Low As
$2.80

BUY

View Product
Details

**Achieve Teamwork Duet
Monthly**     Item Color: Blue Imprint Color: Gold Imprint Area: 1 3/4" w x 2" h,
up to 5 lines ...






As Low As
$2.69

BUY

View Product
Details

**Achieve Teamwork Duet
Weekly**     Item Color: Blue Imprint Color: Gold Imprint Area: 1 3/4" w x 2" h,
up to 5 lines ...






As Low As
$2.90

BUY

View Product
Details

1 |

Top Of Page

Celebrate your 10th, 20th , 30th, 40th, 50th Anniversary with Union Pen Promotional Products!   Check out our Anniversary Specials >>

Customer Service                    Company Information        Want to receive special offers in your email?

Join and let Union Pen help promote your business!

Jacobson Decl., Ex. 20
Page 2 of 6

Union Pen Company – Helping your company or business celebrate its anniversary with i...   Page 1 of 1



Union Pen Company -- Helping your company or business celebrate its anniversary with i...    Page 1 of 2



Jacobson Decl., Ex. 20
Page 4 of 6

http://www.unionpen.com/Item/Achieve+Teamwork+Pocket+CalWeekly/UPC30839/Defa...    9/19/2007

Union Pen Company – Helping your company or business celebrate its anniversary with i...   Page 1 of 2



Union Pep Company – Helping your company or business celebrate its anniversary with i...   Page 1 of 2



Jacobson Decl., Ex. 20
Page 6 of 6

EXHIBIT
21

Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    ---------------------------------------x
 5    MYRON CORP.,
 6                         Plaintiff,
 7              vs.
 8    HOLLAND USA, INC. D/B/A/
 9    AMSTERDAM PRINTING
10                         Defendant.
11    ---------------------------------------x
12                    September 19, 2007
13                    1:30 p.m.
14
15
16        Deposition of KEVIN KIRBEY, held at
17    the offices of Colucci & Umans, 218 East
18    50th Street, New York, New York before
19    David Henry, a Certified Shorthand Reporter
20    and Notary Public of the State of New York.
21
22
23
24
25
```

Jacobson Decl., Ex. 21
Page 1 of 7

Kevin Kirbey                                    9/19/2007

<div style="display:flex">

**Page 14**

Kirbey

1
2    A.   Correct, or dental.
3    Q.   Now, does Union Pen sell the same
4  products that Amsterdam sells?
5    A.   It sells a smaller subset of
6  them.
7    Q.   Who do you consider competitors
8  of the Holland businesses?
9    A.   National Pen, 4 Imprint, Myron.
10  Many distributors, because they sell to
11  end-users, and a laundry list of other
12  players.
13    Q.   So Myron is a competitor,
14  National Pen is a competitor?
15    A.   Yes.
16    Q.   And you say some distributors are
17  competitors?
18    A.   By their nature they sell to
19  consumers, as does Holland.
20    Q.   But I thought you explained
21  before that distributors sell to --
22    A.   Consumers.
23    Q.   Other companies who then in turn
24  sell to consumers?
25    A.   No, in the context of our

**Page 15**

Kirbey

1
2  conversation, consumers was a term I used
3  as the small and medium size business, the
4  people that would be giving them out, which
5  is exactly what a distributor does as well.
6    Q.   Do distributors also sell to
7  smaller versions of Amsterdam and Union
8  Pen?
9    A.   Not normally.  They could, but by
10  nature they wouldn't.
11    Q.   How frequently do the Holland
12  companies come out with new calendar
13  designs?
14    A.   Multiple times throughout the
15  year.
16    Q.   So each year will bring new
17  designs?
18    A.   Correct.
19    Q.   And you will introduce them at
20  various points throughout the year as well?
21    A.   Correct.
22    Q.   What is the selling season for
23  calendars?
24    A.   Starts January 1, ends December
25  31.

**Page 16**

Kirbey

1
2    Q.   So it's a year long project for
3  your company?
4    A.   Pretty much.
5    Q.   And is the bulk of your business
6  through repeat orders from existing
7  customers?
8    A.   How do you define bulk?
9    Q.   Let's say more than 50 percent.
10    A.   Yes.
11    Q.   Is it more than two thirds?
12    A.   Probably.  Anything more than
13  that I wouldn't be comfortable.  It also
14  varies from year to year.
15    Q.   Can you explain for us the
16  relationship of Banyan in relationship to
17  Taylor, Holland and Amsterdam?
18    A.   Taylor owns Banyan, Banyan owns
19  Holland.
20    Q.   So there is an intermediary?
21    A.   An intermediary that was
22  introduced about a year ago, maybe a year
23  and a half ago.
24    Q.   Does Banyan operate any company
25  under its name?

**Page 17**

Kirbey

1
2    A.   No.
3    Q.   Meaning any company that sells
4  products.
5    A.   Well, it owns Holland, so by
6  default it would have to, is that what you
7  are referring to?
8    Q.   No, I mean so Banyan --
9    A.   Does Banyan go to market under
10  its own brand name?
11    Q.   Exactly.
12    A.   No.
13    Q.   So you said that you introduced
14  new designs throughout the year and every
15  year, typically every season as well.  Do
16  you also have perennial calendar designs
17  for pocket calendars that have been run
18  continuously for more than let's say five
19  years?
20    A.   A very small number.  Most of the
21  designs, even if they're offered all year,
22  will have some cosmetic change.
23    Q.   Other than the imprinting of the
24  customer and the calendar year.  And do you
25  find customers who want the same design

</div>

5 (Pages 14 to 17)

One Penn Plaza, NYC
email@tobyfeldman.com

Toby Feldman, Inc.
NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS

tel (212) 244 3990
Jacobson Decl., Ex. 21
Page 2 of 7

Kevin Kirbey                                                    9/19/2007

Page 26

Kirbey

1
2    Q.   When you say it was bundled, were
3    they --
4    A.   They were just put in the same
5    envelope.
6    Q.   When were the first sales
7    generated by defendants of any calendars
8    that featured teamwork?
9    A.   I don't know for sure.  I know we
10   had activity in May.  I haven't been
11   able -- I don't have the date in front of
12   me to know how much was between May and
13   June.
14   Q.   So you're saying there was some
15   activity between January and May?
16   A.   I'm told so, I haven't seen the
17   numbers to verify exactly how much, and
18   that it's accurate.
19   Q.   How many calendars exist that
20   feature of the word teamwork and the
21   slogan, together we can achieve the
22   impossible?
23   MR. AIETA:   Objection.
24   A.   How many exist that Holland owns?
25   Q.   Yes.

Page 27

Kirbey

1
2    A.   The part I'm not clear on would
3    be would you consider with the pen and
4    without the pen two separate calendars?
5    Q.   Well, you consider them separate
6    SKU's, don't you?
7    A.   Correct.
8    Q.   And you price them differently,
9    don't you?
10   A.   Correct.  I'm just saying in the
11   context of your question.  I believe four.
12   Q.   Before you introduced the design
13   that's Exhibit 15 with the flying geese,
14   did you do any testing?
15   A.   No.
16   Q.   What was the inspiration for the
17   flying geese design?
18   A.   The inspiration, you mean how the
19   product began?  Can you clarify a little
20   bit?
21   Q.   What was the development of the
22   design that culminated in this calendar?
23   A.   Okay, it started over two years
24   ago with the gentleman I report into,
25   pushing us to say we need to be able to

Page 28

Kirbey

1
2    compete with Myron and we need to sell a
3    calendar with a pen in it.  So we started
4    down the path of a calendar-pen design and
5    then tried to figure out where else we
6    could sell it, and it morphed into we
7    thought it was a better fit in motivational
8    type products and we thought we could
9    compete with a better product with Myron,
10   so we thought we would just have to develop
11   it.
12   Q.   So this teamwork calendar was a
13   direct result of your intention to compete
14   with Myron?
15   A.   It was a combination of that and
16   augmenting an existing motivation.
17   Q.   Because you also sell teamwork
18   calendars without pens?
19   A.   Correct, and we sell some more
20   four-color ones as well.
21   Q.   And there is no compulsion to add
22   a pen sleeve to a calendar and bundle it
23   with the word teamwork, is there?
24   MR. AIETA:   Objection.
25   A.   I'm not sure that I understand

Page 29

Kirbey

1
2    the question.
3    Q.   The fact that you wanted to
4    compete with Myron by selling calendars
5    with pens and a pen sleeve with it didn't
6    require you to use the word teamwork, did
7    it?
8    A.   No.
9    Q.   And it didn't require you to use
10   the phrase, together we can achieve the
11   impossible, did it?
12   A.   No.
13   Q.   And there was no requirement that
14   you needed to use a mountain scene, did it?
15   A.   No.
16   Q.   So for either design that the
17   defendants are using with the word teamwork
18   on it, the goose design and the mountain
19   climber, was any product testing or market
20   study done before?
21   A.   We've sold mountain climbers
22   before under the motivational series in
23   four-color, did okay, figured if it worked
24   for Myron and it worked for us, we could go
25   ahead and -- traditionally we don't test

8 (Pages 26 to 29)

One Penn Plaza, NYC
email@tobyfeldman.com
Toby Feldman, Inc.
NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
tel (212) 244 3990
Jacobson Decl., Ex. 21
Page 3 of 7

Kevin Kirbey                                                                 9/19/2007

Kirbey

1  that aggressively with the product.
2      Q.   Is that same mountain climber
3  design in Exhibit 15 that you've used in
4  the past?
5      A.   That's a good question. Yes.
6      Q.   So you're pointing to the
7  calendar on page 16 of Exhibit 15 in the
8  second row, last item, headline
9  determination.
10     A.   Correct.
11     Q.   Do these calendars on page 16
12 represent all of your motivational
13 calendars?
14     A.   I believe there is a few more.
15 They're not great sellers, so they're not
16 in all the books. There is other product
17 we sell that doesn't make the catalogue.
18     Q.   The determination calendar only
19 has one mountain climber, am I correct?
20     A.   I believe so.
21     Q.   Can you describe for us the
22 evolution of the teamwork calendars and
23 their design, how they were created, by
24 whom, and the time frame?
25

Kirbey

1      A.   Back in -- the conversation
2  started as early as 2005 with the idea that
3  we needed to bundle a pen and a calendar
4  together, so initial designs were done that
5  way. The product -- there was a lot of
6  conversation between my boss and our
7  product development team. The person I
8  reported to is Paul Griffiths. He was
9  pushing our design team to create something
10 with a pen and a calendar, because we sell
11 pens and calendars and it seemed like we
12 should be doing it. So that started the
13 early part of 05. Over the course of time
14 we developed a couple of products that
15 looked okay. The next phase of that was to
16 say if the pen and calendar works for our
17 competitors we should try and build
18 something better than theirs and sell it.
19 So we took what we thought was a higher
20 end, better product, which is this
21 calendar, the stitch calendar here, and had
22 our designer come up with some designs of
23 motivational and decided to go to work with
24 it.
25

Kirbey

1      Q.   Who was the designer?
2      A.   The designer's name is Joe
3  Achzet.
4      Q.   And is he based in Amsterdam?
5      A.   Yes. So he was the individual
6  who actually designed the product,
7  including the pen sleeve, and from there it
8  was turned over to our marketing team to
9  figure out what was the best niche to sell
10 it.
11     Q.   And do you know what materials he
12 referred to in creating the design?
13     A.   We had initially just
14 conversation and he had an actual sample of
15 the Myron calendar and he had a sample of
16 some products, motivational products and
17 the third was a sample of our four color --
18 the one I referred to on page 16.
19     Q.   The determination calendar?
20     A.   Yes.
21     Q.   Do you know which Myron calendar
22 he had?
23     A.   No.
24     Q.   It was one with a pen sleeve?
25

Kirbey

1      A.   Yes.
2      Q.   And it was a pocket calendar?
3      A.   Yes.
4      Q.   And did it have -- did it look
5  similar to the one I'm showing you now with
6  the word teamwork on it?
7      A.   I think so, but I'm not sure
8  because I asked him.
9      Q.   Do you know whether Joe, is that
10 his name, Joe still has that sample?
11     A.   To the best of my knowledge, no.
12     Q.   Do you know what happened to it?
13     A.   No.
14     Q.   Do you know whether any samples
15 were sent to your manufacturer to help
16 fabricate samples for you to test?
17     A.   I know there was correspondence
18 that said could we do a fabrication test on
19 a sample calendar with a pen sleeve. I
20 believe they were sent. I haven't been
21 able to confirm it. There is e-mail
22 correspondence showing that. I've talked
23 to the manufacturer. But I believe it's in
24 the e-mail correspondence.
25

9 (Pages 30 to 33)

Kevin Kirbey                                                          9/19/2007

Page 38

```
1              Kirbey
2    received a sample mailing, I can't be
3    exactly sure which one.
4        Q.   And that was the first time you
5    had ever seen Myron's teamwork calendar in
6    person?
7        A.   Correct.
8        Q.   Had you ever seen it in a
9    catalogue?
10       A.   No.
11       Q.   Had you seen it on a website?
12       A.   I had seen it on their website
13   probably a year prior.
14       Q.   And why were you looking there?
15       A.   I look at all the products of the
16   industries that we're in, of our
17   competitors.
18       Q.   So you knew at least as of 2005
19   that Myron had a calendar that featured the
20   word teamwork, the trademark, together we
21   achieve the extraordinary, and a scene of
22   two mountain climbers?
23           MR. AIETA:   Objection.  Go
24   ahead.
25       A.   I was aware that there was a
```

Page 40

```
1              Kirbey
2           MR. AIETA:   Object to the form.
3        A.   No.  Just one mountain climber,
4    not two.
5        Q.   Now, turning to page 15, page 16
6    rather of Exhibit 15, did you ever give any
7    thought to using any of the motivational
8    phrases that appear on the six calendars
9    listed there for the teamwork calendar?
10       A.   I wasn't a part of the selection
11   of the verse.  Our marketing team looked at
12   it and made the determination to go with
13   teamwork.
14       Q.   Well, teamwork -- right, but I'm
15   talking about the verse.  Who was involved
16   in the selection of the verse?
17       A.   Margaret Enzlen.
18       Q.   And do you know what
19   considerations she used or referred to in
20   selecting the verse?
21       A.   The best I can tell is she didn't
22   like determination, thought she liked
23   teamwork and thought she could do it better
24   than anybody else.  So she thought with
25   that verse on her product, teamwork is
```

Page 39

```
1              Kirbey
2    calendar with a pen and that there was a
3    picture of a mountain climber.  The first I
4    can tell you I was aware of the motivation
5    phrase teamwork would have been when I got
6    the physical sample last year.
7        Q.   And why is that?
8        A.   Why did I get the sample?
9        Q.   No, why were you not aware of the
10   use of teamwork on the calendar with the
11   pen?
12       A.   At the time when I looked at the
13   product I was more focused on the physical
14   elements of it, and couldn't produce a
15   calendar with a pen in it.
16       Q.   But the first time you saw it, it
17   was on the website?
18       A.   I do not even remember looking at
19   the imprint nor could I even have told you
20   what the imprint was until I got the
21   sample.  I can tell you it had a pen and a
22   calendar.
23       Q.   Are you aware of anybody else who
24   does a pocket calendar with a similar
25   mountain, scene of two mountain climbers?
```

Page 41

```
1              Kirbey
2    something, she came from our HR business
3    and has worked in motivational before,
4    thought it was a better fit for the market.
5        Q.   So she wanted to use teamwork on
6    the calendar, and you're saying she didn't
7    care for any of the existing verses that
8    would fall beneath any of the thematic
9    elements on motivational calendars?
10       A.   Correct.
11       Q.   And do you know what materials
12   she referred to in coming up with the
13   verse?
14       A.   No.
15       Q.   Do you know whether she like Joe
16   in your design apartment had Myron's
17   calendar in front of her when she came up
18   with the verse?
19           MR. AIETA:   Objection.
20       A.   I know she was aware of it.  I do
21   not know if at the time she had it in front
22   of her.
23       Q.   But she was aware of Myron's
24   teamwork calendar?
25       A.   Correct.
```

11 (Pages 38 to 41)

Page 42

Kirbey

1
2      Q.   Now, on your website, when you
3   look for motivational products, in addition
4   to the six items listed on page 16 of
5   Exhibit 15, the defendant's teamwork
6   calendars are listed there too.  So you
7   have characterized them as motivational
8   products as well, right?
9      A.   I just want to clarify, are you
10  referring to the Windmill website or the
11  Amsterdam?
12     Q.   No, let me be more clear with
13  that.
14         (Deposition Exhibit 17, Printout
15     from Amsterdam website, marked for
16     identification.)
17         Can you identify Exhibit 17?
18     A.   I believe it is a page printed
19  off of one version of our website.
20     Q.   And do you see the heading at the
21  top underneath the, I guess the menu links,
22  where it says motivational planners?
23     A.   Yes.
24     Q.   So that's a distinct product
25  category, right?

Page 43

Kirbey

1
2      A.   Correct.
3      Q.   And scanning over the products,
4   do you see the same products that are
5   featured on page 16 of Exhibit 15?
6      A.   I believe so.  I'm not sure.  I
7   don't believe all of them are there.  I
8   think there is one additional here that's
9   not on, I believe the white sands calendar
10  with clear is not listed here, but is in
11  fact --
12     Q.   And then on the third page of
13  Exhibit 17, do you see defendant's teamwork
14  products?
15     A.   Yes.
16     Q.   Are the defendant's teamwork
17  products categorized under any other
18  sections on your website?
19     A.   I don't know.
20     Q.   Before you bring new designs to
21  market, do you have any sort of legal
22  review?
23     A.   In some cases.
24     Q.   And what would the criteria be
25  for that?

Page 44

Kirbey

1
2      A.   Concerns about existing products
3   or patents and any concerns with Taylor's
4   affiliated customers.
5      Q.   What do you mean by concern about
6   Taylor's affiliated customers?
7      A.   Taylor has, as a whole, has many
8   customers which we are not aware of, so we
9   want to be careful that we're not going to
10  market with any legal issues for one of our
11  customers that Amsterdam or Holland would
12  know nothing about.
13     Q.   And who conducts that review?
14     A.   Our legal department.
15     Q.   Somebody who works for Taylor?
16     A.   Yes.
17     Q.   And do you know whether any legal
18  review is done of the teamwork product?
19     A.   I believe so.
20     Q.   Do you know whether that was
21  memorialized in a written opinion?
22     A.   I don't know.
23         (Deposition Exhibit 18, Defendant's
24     Response to Request for Production of
25     Documents, marked for identification.)

Page 45

Kirbey

1
2      Q.   Are you familiar with the
3   document we've marked as Exhibit 18?
4      A.   No.
5      Q.   Let me read request number 4,
6   which starts on page 3.  First, this
7   document is a document we served on your
8   attorney asking him to produce relevant
9   documents.  Number 4 states, all documents
10  which refer or relate to or comment on any
11  search conducted for or on behalf of
12  defendant with respect to any of the words
13  or features of the trade dress of
14  defendant's teamwork products.  Response,
15  defendant will produce documents responsive
16  to this request.
17         Mr. Kirbey, do you know whether
18  you have produced any documents that are
19  responsive to this request?
20     A.   I don't know if we have or not.
21         MR. AIETA:   Can I just clarify
22     for the record, you've identified that
23     as the request served on defendants.
24     It's actually the response defendants
25     served on plaintiff.

12 (Pages 42 to 45)

One Penn Plaza, NYC                    Toby Feldman, Inc.                    tel (212) 244.3990
email@tobyfeldman.com      NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS

Jacobson Decl., Ex. 21
Page 6 of 7

Kevin Kirbey                                                9/19/2007

Page 46

        Kirbey
1
2       MR. JACOBSON:   Yes, I'm reading
3   from the response.  My mistake.
4       Q.   Does your company have a policy
5   regarding the use of trademarks?
6       A.   Can you give me a little bit more
7   clarification on what you believe policy
8   is?
9       Q.   You had indicated before that
10  when you come up with a new design,
11  sometimes legal counsel from Taylor will
12  review the design, and tell me if that will
13  also involve any trademarks that may appear
14  on the designs or on the product itself.
15      MR. AIETA:   Objection.
16      A.   If there was, or believed to be a
17  trademark on it, then yes.
18      Q.   Then it would be searched?
19      A.   I believe so.  I'm not as
20  familiar with what their process is.  We
21  technically -- it's very loose as to how
22  often we work with them, and they conduct
23  all the search and whatever else they do.
24      Q.   But who makes the decision
25  whether it needs to go up to Taylor's legal

Page 47

1   counsel?
2       A.   The product marketing manager,
3   the designer.  There is no formal policy
4   for that.
5       Q.   If a calendar only had a graphic
6   on it and no words, would that go up for
7   legal review?
8       A.   It depends on where they got the
9   graphic from, and if they thought they were
10  okay to reproduce it, was there a concern
11  on the license, was it something they just
12  took off clipart or was it something they
13  did themselves.  So they would make that
14  call.
15      Q.   And what if words appeared on the
16  product?
17      A.   I would say in some cases, but
18  not all.
19      Q.   Do you know whether Holland owns
20  any trademark registrations?
21      A.   Yes, they do.
22      Q.   Do you know whether they own any
23  trademark registrations for calendars?
24      A.   I don't know.

Page 48

        Kirbey
1
2       Q.   Do you have -- do you feel that
3   you have an understanding of the
4   fundamentals of the significance of having
5   a trademark registration?
6       MR. AIETA:   Objection.
7       A.   Yeah, I don't know that I'm that
8   versed in it.  I rely on our internal legal
9   counsel for that.
10      Q.   Did you know at the time you went
11  to production with your teamwork calendar
12  that Myron had a registered trademark for
13  the words, together we achieve the
14  extraordinary?
15      A.   No.
16      Q.   So do you recall, going back to
17  the legal clearance, do you recall whether
18  the teamwork review by legal counsel was
19  just for the words or for the design or
20  both?
21      MR. AIETA:   Objection.
22      A.   I don't recall.
23      Q.   And would the legal counsel
24  provide you with a written report, would
25  the legal counsel prepare a written

Page 49

        Kirbey
1
2   opinion?
3       A.   No.
4       Q.   Give me the name of the legal
5   counsel again, please?
6       A.   They're internal.  We have a few
7   internal folks and they outsource when they
8   need to, so I'm not sure who handled this.
9   Emily Rudy at the main time would have been
10  our contact.  They use outside firms as
11  well, so I couldn't tell you.
12      Q.   And so you don't -- okay.
13      A.   We would pick up the phone and
14  call and they give us an answer.
15      Q.   They give you an answer on the
16  phone?
17      A.   Pretty much.
18      Q.   Okay.  Do you know whether any
19  changes were made to the product as a
20  result of the legal review?
21      A.   I am unaware.
22      (Recess taken.)
23      (Deposition Exhibit 19, Myron
24  Calendar, marked for identification.)
25  FURTHER EXAMINATION BY MR. JACOBSON:

13 (Pages 46 to 49)