**Ergonomic & Slim Pens**

### D. Caprice
A slender profile and extra long imprint area make the Caprice a standout. All brass with lustrous finish and gold-plated appointments. Quality metal ink refill.
Specify Blue "A" or Black "B" ink
Blue/Gold      XS7-WA00901A/B
Emerald/Gold   XS7-WB86202A/B

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.14 | $2.89 | $2.79 | $2.69 | $2.49 |

2 lines/50 characters per line
Imprint area: 1/5" x 2 1/4"

### E. Alexis
Classic, streamlined shape with detailed gold or chrome appointments with twist action. Quality metal ink refill.
Specify Blue "A" or Black "B" ink
Black/Chrome   XS7-WA01103A/B
Claret/Gold    XS7-WB81746A/B

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.14 | $2.89 | $2.79 | $2.69 | $2.49 |

2 lines/30 characters per line
Imprint area: 1/5" x 1 7/8"

### F. Principle
A stunning slim design, all metal classic. Quality metal ink refill.
Specify Blue "A" or Black "B" ink
Gunmetal/Gold  XS7-WD13045A/B

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.68 | $3.29 | $2.93 | $2.76 | $2.65 |

*Barrel:*
2 lines/30 characters per line
Imprint area: 1/5" x 1 7/8"
*Upper barrel (optional):*
2 lines/27 characters per line
Imprint area: 1/5" x 1 5/8"


emerald/gold
blue/gold
Caprice


claret/gold
black/chrome
Alexis


gunmetal/gold
Principle

### G. Lyric Pen
A truly distinctive design, with a high relief metal barrel for a perfect grip, contemporary chrome appointments and one-hand click convenience. Quality metal ink refill.
Specify Blue "A" or Black "B" ink
Blue/Chrome    XS7-WC69501A/B

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.95 | $3.69 | $3.56 | $3.36 | $3.12 |

2 lines/34 characters per line
Imprint area: 1/5" x 1 7/8"


Lyric
blue/chrome

### H. Sovereign Pens
Take a step up in style with this sleekly contoured all-metal classic. Twist-action ballpoint with quality metal ink refill.
Specify Blue "A" or Black "B" ink
Blue/Gold      XS7-1148301A/B

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.51 | $3.19 | $2.99 | $2.85 | $2.69 |

Gunmetal/Chrome XS7-1164945A/B

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.89 | $3.49 | $3.32 | $3.17 | $2.99 |

*Barrel:*
2 lines/27 characters per line
Imprint area: 1/5" x 1 5/8"
*Upper barrel (optional):*
2 lines/25 characters per line
Imprint area: 1/5" x 1 1/4"


Sovereign
blue/gold
gunmetal/chrome

Caillat Decl., Ex. 1
Page 11 of 52



## Stratas Rollerball

For added impact use multiple imprint locations to communicate your message. In addition to the primary imprint area most products can be personalized on two or more locations. Talk to your account manager for more information about personalization. Start getting your gifts working overtime today.

A

gunmetal/chrome

black/chrome

red/chrome

black/gold

MYRON EXCLUSIVE

Executive Presentation Box
XS7-1129303   $2.50 ea.

### A. Stratas Rollerball
Appeal to their finest sensibilities with this Myron Exclusive. Uncommon triad shape that fits so well in the hand and stays in place on the desk. German-made top quality rollerball refill for a fluid writing experience. Engineered of brass and resin, you'll love how the cap snugly fits onto the barrel and how the tapered grip meets your grasp. An outstanding value that's ours alone.
Specify Blue "A" or Black "B" ink

| | |
|---|---|
| Black/Gold | XS7-WD08503B |
| Black/Chrome | XS7-WC89803A/B |
| Red/Chrome | XS7-WD12404B |

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $4.49 | $3.99 | $3.69 | $3.47 | $3.19 |

Gunmetal/Chrome   XS7-WD07745A/B

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $4.79 | $4.29 | $3.99 | $3.75 | $3.59 |

*Barrel:*
2 lines/27 characters per line
Imprint area: 1/5" x 1 5/8"

*Cap (optional):*
2 lines/18 characters per line
Imprint area: 1/5" x 1 1/8"

12

Caillat Decl. Ex. 1
Page 12 of 52





# Monza Carbon Fiber Collection

*year-round gift giving with a flair*

A
rollerball
pencil
BERKSHIRE BANK
ballpoint
key ring

**A. Monza Carbon Fiber Collection**

Strengthen key relationships with our premium quality Monza Gift collection. Stunning European design, constructed from high strength carbon fiber and solid brass with polished chrome-plated accents. Each engineered to the highest quality standards, from the twist-action ballpoint pen with all metal Parker style refill, rollerball pen with removable cap and German rollerball refill, twist-action mechanical pencil with fine lead, and the easy-to-use key ring. Packaged in high quality carbon fiber design gift box with magnetic closure. Choose from individual pens or gift sets.

**Specify Blue "A" or Black "B" ink**

| | | | |
|---|---|---|---|
| Monza Carbon Fiber Ballpoint Pen & Key Ring Set | XS7-WC40003A/B | $22.95 | min. 8 |
| Monza Carbon Fiber Ballpoint Pen | XS7-WC39603A/B | $18.95 | min. 10 |
| Monza Carbon Fiber Rollerball Pen & Key Ring Set | XS7-WC40203A/B | $23.95 | min. 8 |
| Monza Carbon Fiber Rollerball Pen | XS7-WC39803A/B | $19.95 | min. 10 |
| Monza Carbon Fiber Rollerball & Pencil Set | XS7-WC78603A/B | $37.95 | min. 5 |

*Cap only:*
2 lines/27 characters per line
**Imprint area:** 1/4" x 1 1/2"

**Baron** — gunmetal/gold

## Turino



**C. Turino Leather Rollerball**
The latest addition to our exclusive pens selection, beautifully finished in a choice of black or tan Italian leather. An all metal construction with a solid brass barrel, chrome plated cap and accents, provides the strength and weight to match its quality appearance. A truly fine pen with a superbly engineered German rollerball for the smoothest writing style. Available in black or tan, complete with FREE leather pen pouch.

black/chrome

Specify Blue "A" or Black "B" ink
Black/Chrome    XS7-WC78203A/B
Tan/Chrome     XS7-WC78410A/B

$14.99 each    min. 10

2 lines/25 characters per line
Imprint area: 5/16" x 1 1/2"

tan/chrome

FREE matching leather pouch

*Ballpoint & Rollerball Pens/Sets*

**B. Baron Gunmetal Rollerball**
Express your eloquent "Thank You" to clients and employees. Gunmetal over brass with black resin grip. Goldtone appointments. Smooth writing rollerball action. German-made top quality rollerball refill. Black ink.
Gunmetal/Gold                XS7-WA00845B
Gunmetal/Gold with "Thank You"   XS7-WA36945B

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $7.21 | $6.59 | $5.99 | $5.75 | $5.49 |

Imprint area:
*Barrel:*
2 lines/27 characters per line
Imprint area: 1/5" x 1 5/8"
*Cap (optional):*
2 lines/19 characters per line
Imprint area: 1/5" x 1 1/4"

**D. Lombard Cobalt Blue Rollerball**
Appealing to the eye and hand. Stunning midnight blue barrel with chrome-plated cap and clip. Features metal ergonomic grip, fluid rollerball with .3mm fine point. German-made top quality rollerball refill. Black ink.
Blue/Chrome                   XS7-WA82024B

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $4.40 | $3.99 | $3.45 | $3.30 | $3.16 |

2 lines/27 characters per line
Imprint area: 1/5" x 1 5/8"



**Lombard**

Caillat Decl., Ex. 1
Page 15 of 52



**A. Light-Up Snowman Pen**
Delightful snowman pen promotes good cheer to all good customers. The snowman lights up whenever they write. Your logo or company name goes on the clear barrel. Plastic ballpoint with battery. Black ink.
XS7-WA81904B

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $2.99 | $2.59 | $2.39 | $2.29 | $1.99 |

3 lines/23 characters per line
Imprint area: 1/8" x 1 1/2"

*lights up with a red glow when you write*

**B. Chelsea Silver Pen/Key Ring Set**
A handsome gift set at a very special price. Includes stylish metal key ring and brushed chrome pen with comfort grip. Black ink. Comes in silver gift box. Key ring laser-engraved, included in price. We'll add your 3-line imprint in black on pen for an additional charge of $25.
Pen & Key Ring Set XS7-TA94830B

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.69 | $3.49 | $3.32 | $3.19 | $2.99 |

*Key Ring:*
5 lines/15 characters per line
Imprint area: 1/2" x 7/8"

*Pen (optional):*
3 lines/29 characters per line
Imprint area: 1/4" x 1 5/8"
$25 screen charge

**FREE GIFT BOX**

**C. International Pencils**
Classic pencil in a range of school or corporate colors. Costs so little to get your point across to an audience, or potential audience, of thousands. Wood with #2 lead.

| Dark Blue | XS7-VA24401 |
|---|---|
| Dark Green | XS7-VA24402 |
| Royal Blue | XS7-VA24437 |
| Red | XS7-VA24404 |
| White | XS7-VA24408 |

| 1000 min. | 2500 | 5000 | 10,000 | 25,000 |
|---|---|---|---|---|
| $0.17 | $0.16 | $0.15 | $0.14 | $0.13 |

3 lines/30 characters per line
Imprint area: 3/4" x 4 1/2"
$30 screen charge.





**A. Chrome Writer Pens**
Brushed chrome metal barrel, polished appointments with your choice of four color comfort grips. Convenient click action ballpoint.
Black imprint. Black ink.
Blue/Chrome    XS7-WC97830B
Red/Chrome    XS7-WC97930B
Green/Chrome    XS7-WC98130B
Black/Chrome    XS7-WC98030B

| 200 min. | 350 | 500 | 750 | 1000 |
|---|---|---|---|---|
| $1.79 | $1.59 | $1.39 | $1.29 | $1.19 |

3 lines/29 characters per line
Imprint area: ¼" x 2¼"
$30 screen charge.

**B. Valetta Pens**
A sparkling white barrel and your choice of clip and ribbed grip color! Convenient click action ballpoint. Choose Green, Red, Blue, or Black. Your one color imprint is available in black or matching grip color.
Green/White    XS7-WD13702B
Red/White    XS7-WD13604B
Blue/White    XS7-WD13501B
Black/White    XS7-WD13803B

| 200 min. | 350 | 500 | 750 | 1000 |
|---|---|---|---|---|
| $1.19 | $0.99 | $0.94 | $0.84 | $0.79 |

2 lines/25 characters per line
Imprint area: ¼" x 1½"
$30 screen charge.

**C. Celena Pens**
High-style, low-cost pen with a get-ahead attitude. This attractive pen gets rave notices from customers and prospects. The satin foil barrel permanently carries your laser-sharp imprint, accented by a bold clip and large color coordinated grip in Purple, Red, Green, Blue, or Black. Convenient click action ballpoint. Black ink.
Purple/Chrome    XS7-WD15227B
Red/Chrome    XS7-WD13404B
Green/Chrome    XS7-WD13202B
Blue/Chrome    XS7-WD13101B
Black/Chrome    XS7-WD13303B

| 200 min. | 350 | 500 | 750 | 1000 |
|---|---|---|---|---|
| $1.19 | $1.09 | $0.99 | $0.89 | $0.79 |

2 lines/32 characters per line
Imprint area: ¼" x 2¼"

18

Caillat Decl., Ex. 1
Page 18 of 52



**D. Laughing Pen**
It's like hiring a stand-up comic to entertain your customers, prospects, students, employees. This colorful, wild-haired dude stands on desks and gets attention. He springs into action with a hilarious laugh with just a push of the finger. Make friends for pennies a day! Product size 8" tall. Plastic ballpoint pen with detachable suction cup base. Not recommended for children under 3. Black ink. Custom artwork included, black or white imprint.
XS7-VA58817B

| 200 min. | 350 | 500 | 1000 | 2500 |
|---|---|---|---|---|
| $2.49 | $2.45 | $2.40 | $2.35 | $2.29 |

4 lines/30 characters per line
Imprint area: 1 3/4" x 3/8"
$50 screen charge

**E. Gotta Smile Pen**
Funky hair, a big smile, and a wiggle wins this guy lots of new friends for your company, product or service. Stands at attention to spread good cheer. Choose Orange, Purple, or Blue. Product size 7 ½" tall. Plastic ballpoint pen with detachable suction cup base. Not recommended for children under 3. Black ink. Custom artwork included, black or white imprint.
Orange   XS7-VA59017B
Purple    XS7-VA59027B
Blue       XS7-VA59001B

| 200 min. | 350 | 500 | 1000 | 2500 |
|---|---|---|---|---|
| $1.99 | $1.95 | $1.90 | $1.85 | $1.80 |

4 lines/30 characters per line
Imprint area: 2" x 1/2"
$50 screen charge

**F. Gotta Smile Highlighter**
They stand at attention with a fun-cool look ready to highlight your work. Smooth ink flow. Feet act as a snug cap keeping ink fresh. Product size 5" tall. Custom artwork included. Specify black or white imprint color.
Pink       XS7-VA58917
Yellow   XS7-VA58909

| 200 min. | 350 | 500 | 1000 | 2500 |
|---|---|---|---|---|
| $1.99 | $1.95 | $1.90 | $1.85 | $1.80 |

3 lines/20 characters per line
Imprint area: 1 1/2" x 3/8"
$50 screen charge

Caillat Decl., Ex. 1
Page 19 of 52



**A. Smile Magnetic Clip Dispenser**
A clip dispenser designed to stand out... on a desk and from the crowd. Comes with matching color clips. Custom artwork included.
Black or white imprint.
Blue    XS7-VA59101
Orange  XS7-VA59117

| 200 min. | 350 | 500 | 1000 | 2500 |
|---|---|---|---|---|
| $1.99 | $1.95 | $1.90 | $1.85 | $1.80 |

7 lines/15 characters per line
Imprint area: 1¼" x 1⅛"
$50 screen charge

**B. Antibacterial Wet Wipes**
Keep it clean, keep it safe. Not just convenient wet wipes, these are ANTIMICROBIAL! A most timely give-away everyone will reach for and truly appreciate! 15 wipes in a resealable pouch. The four-color process on the label is included in the screen charge! Choose pouch colors from: lime green, silver, blue, purple, or orange. Custom artwork included on your 4-color label.
Lime Green  XS7-VA59302
Silver      XS7-VA59330
Blue        XS7-VA59301
Purple      XS7-VA59327
Orange      XS7-VA59317

| 200 min. | 350 | 500 | 1000 | 2500 |
|---|---|---|---|---|
| $1.79 | $1.74 | $1.69 | $1.65 | $1.59 |

10 lines/40 characters per line
Imprint area: 2¾" x 1½"
$50 screen charge

**C. Porcelain 11-oz. Mug**
Hot Value! Our classic porcelain mug gets customers to notice your company name/logo on fresh, sparkling white. Imprint options: front, back, 2½" x 3", or wraparound, 7½" x 2⅞".
XS7-VA28108

| 144 min. | 288 | 576 | 1008 | 2520 |
|---|---|---|---|---|
| $1.99 | $1.89 | $1.79 | $1.69 | $1.49 |

6 lines/19 characters per line
Imprint area: 3" x 2½"
$35 screen charge

**Custom Artwork Made Easy**
Just e-mail your artwork to service@myron.com. We accept most file formats. We can even work from letterhead or a business card. As long as we can see it, we can turn it into a personalization file. We will always send you a proof via e-mail or fax for your approval prior to personalizing your diaries. Your account manager is waiting to assist you.

**D. Classy Bottle Holder**
Bright and colorful, these bottle holders are in a class of their own. Carabiner style clip hangs with style from belt loop or bag strap. Choose from: lime green, pink, blue, orange, yellow, or red. Custom artwork included on your 4-color process label.

| Lime Green | XS7-VA59202 |
| Pink | XS7-VA59219 |
| Blue | XS7-VA59201 |
| Orange | XS7-VA59217 |
| Yellow | XS7-VA59209 |
| Red | XS7-VA59204 |

| 200 min. | 350 | 500 | 1000 | 2500 |
|---|---|---|---|---|
| $1.89 | $1.84 | $1.79 | $1.75 | $1.69 |

3 lines/10 characters per line
Imprint area: 1" x ½"
$50 screen charge



lime green, pink, blue, orange, yellow, red




**E. 2008 America the Beautiful Wall Calendar**
Your company's name/logo and contact information printed along the bottom inspire customers all year long with these breathtaking images. With space to note important dates and meetings. 10 ⅞" x 18" open.
XS7-VA32450

| 100 min. | 250 | 500 | 1000 | 2500 |
|---|---|---|---|---|
| $3.69 | $3.35 | $2.95 | $2.75 | $2.55 |

4 lines/50 characters per line
Imprint area: 1 ⅜" x 9 ½"
$35 screen charge


Office Tools / Wall Calendar

Caillat Decl., Ex. 1
Page 21 of 52




**A. 3-In-1 Desk Clock with Calendar and Thermometer**
Large, highly visible space for your message, logo or artwork, guarantees that your company will be noticed. Sized to fit on every desk with a large, easy-to-read LCD display. One replaceable "button cell" battery and instructions included. 2 3/8" x 3 3/4" x 5/8".
XS7-TD69130

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.79 | $3.49 | $3.35 | $3.29 | $3.19 |

6 lines/20 characters per line
Imprint area: 3/4" x 1 3/8"

**B. Tilt-Top Clock**
Lift your visibility with this multi-function clock. Put your laser-engraved message beneath the eye-catching display. Easy-to-read LCD display folds down for easy mailing or travel. Two replaceable "button cell" batteries and instructions included. Size: 2 3/8"w x 2 3/4"d x 2 3/4"h (open) 2 3/8"w x 3 3/8"d x 5/8" h (closed).
XS7-TD69630

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.79 | $3.49 | $3.35 | $3.29 | $3.19 |

6 lines/25 characters per line
Imprint area: 3/4" x 1 3/4"




**C. Easy Read™ Calculator**
Get a big calculator at a very small price.
Big rubber buttons make it easy to use. Tilt window allows the 8-digit LCD display to be clearly seen from any angle. Replaceable button-cell battery included. 3 3/4" x 6 3/4" x 1/2".
XS7-TB84330

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.39 | $2.99 | $2.85 | $2.75 | $2.65 |

3 lines/30 characters per line
Imprint area: 1/2" x 2 1/2"

**D. Desk Mate™ Calculator**
Count on this investment to get your business noticed. Full function calculator with easy-to-read 8-digit LCD display and soft rubberized key pad. Highly visible space for your message, logo or artwork guarantees that your company will be noticed. Replaceable button-cell battery included. 3 3/8" x 5 3/4" x 5/8".
XS7-TD61530

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.39 | $2.99 | $2.85 | $2.75 | $2.65 |

5 lines/35 characters per line
Imprint area: 3/4" x 2 7/8"

Caillat Decl., Ex. 1
Page 22 of 52




Clocks & Calculators

**E. Wood Base Clock**
Crisp black-and-white clock face rests in thick glass on a wood base. Laser engraving enhances graceful brushed-silver plastic. Quartz movement runs on one AA battery, included. 6" x 5" x 2".
XS7-TA71035

| 12 min. | 24 | 36 | 48 | 60 |
|---|---|---|---|---|
| $13.95 | $12.45 | $10.95 | $9.45 | $8.95 |

3 lines/27 characters per line
Imprint area: ¾" x 1¾"

**F. Rosewood Clock**
Beautifully crafted lacquered rosewood and brass timepiece — destined to be placed with pride on the desk of your most valued business associates. Laser-engraved script on a polished brass-tone plate. Quartz movement runs on one AAA battery, included. 5" x 4½" x 1".
XS7-3122935

| 1 min. | 3 | 6 | 12 | 24 |
|---|---|---|---|---|
| $50.00 | $47.50 | $44.50 | $40.00 | $37.00 |

3 lines/26 characters per line
Imprint area: ½" x 1⅝"



actual size: 2½" x 3"

robotic top flips up to create a tilted stand

**G. Mini Robotic Flip-Top Calculator**
Your customers will flip when they receive this cool mini silvertone calculator. Imprinted top flips open, creating a convenient tilt. Easy to mail. Battery included. 2½" x 3".
XS7-TA25930

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $2.59 | $2.59 | $2.59 | $2.59 | $2.59 |

3 lines/19 characters per line
Imprint area: ¾" x 1½"

**H. Soft Touch™ Ruler/Calculator**
Your message is laser engraved under the display. For added impact, optional imprint area on the right side is perfect for showcasing your logo. Full-function calculator with 8-digit display and soft touch rubber buttons make it easy to use. Dual 6-inch and 15cm ruler are etched in white on the polished black edges. Replaceable button-cell battery included. 6¼" x 2 1/16" x ⅜".
XS7-TD55830

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.79 | $3.49 | $3.29 | $3.19 | $3.09 |

5 lines/20 characters per line
Imprint area: ⅝" x 1¼"   Optional logo area: 1" x 1⅛"



Caillat Decl., Ex. 1
Page 23 of 52

## No gift is complete without its wrapping

We have all experienced the difference a well thought-out presentation can make. Savvy marketers know that eye-catching, attractive packaging increases sales of their products, so it stands to reason that you can make an even bigger impression when you pay a little extra attention to detail when you give your gift. A simple way to increase the effectiveness of your gift giving is to give it an extra touch with an attractive gift box and a note.



**A. Executive Presentation Box**
XS7-1129303   $2.50 ea.

**B. Double Deluxe Gift Box for Sets**
XS7-1125000   $0.99 ea.

**C. Deluxe Pen Box**
XS7-1120900   $0.79 ea.

**D. Season's Greeting Pen Gift Box**
XS7-1123600   $0.15 ea.

**E. Silver Pen Gift Box**
XS7-1127130   $0.15 ea.

**F. Gold Pen Gift Box**
XS7-1121423   $0.15 ea.

**G. Black Deluxe Gift Pen Pouch**
XRA-1124603   $7.50 per pack of 25

**H. Pen Presentation Tube**
XS7-1122800   $0.39 ea.

24



**I. Gold Pocket Diary Gift Box**
XS7-59IL023    $0.20 ea.

**J. Silver Pocket Diary Gift Box**
XS7-59L0430    $0.20 ea.

**K. Teamwork Peak Gift Box**
XS7-59L0203    $0.20 ea.

Gift Boxes and Extras



## Make Your Personalized Gifts Extra Special!

These special items are available with purchase of any personalized product in this catalog. Minimum quantities apply.

**L. Pocket Pal® Address Book**
Address book is 32 pages and fits in all Myron Pocket Diaries. Sold in packages of 25.
XS7-LA11100    $6.25 per pack of 25

**M. Duo Diary Refill**
Each refill is 50 pages, five refills per package.
XS7-E300000R    $2.49 per pack of 5

**N. Credit Card Calculator**
Solar powered and compact, fits in all Myron Pocket Diaries. Sold in packages of 25.
XS7-TD76730
$12.25 per pack of 25

**O. Thank You Tag Card**
Sold in packages of 50 cards.
XS7-1124500    $5.00 per pack of 50

Caillat Decl., Ex. 1
Page 25 of 52

# Myron
*We've Got the Gift for Building Business*™

## 4 EASY WAYS TO ORDER!

**1. By Web:** www.myron.com

**2. By Phone:** 800-526-9766

**3. By Fax:** 800-646-1443

**4. By Mail:** 205 Maywood Ave., Maywood, NJ 07607

Include This Number When Ordering

### 1. Bill To:

Company _____ *please print or type*
Name _____ Title _____
Address _____
City _____ State _____ Zip _____
Phone ( ) _____ Fax ( ) _____
E-mail _____

### 2. Ship To: (Fill in only if different than BILL TO)
(If P.O. Box, must provide street address for delivery.)

### 3. Enter Your Gift Order Here

| Qty. | Style # | Item Description | Page Number | Product Color | Screen Imprint Color (See Section 7) | Unit Price | Total For Each Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | Merchandise Subtotal | | $ |
| | | | | | Machine Set-Up Fee ($13.95 per item) | | $ |
| | | | | | Custom Logo ($30.00 per item) | | $ |
| | | | | | Individual Personalization (see Ordering Instructions #6) | | $ |
| | | | | | Screen Charges (shown with item if applicable) | | $ |
| | | | | | Embroidery Charges ($.99 per item, plus $5 each) | | $ |
| | | | | | Estimated TOTAL (before shipping) | | $ |

Please Note: Prices listed in this catalog are per unit and include your advertising message. Additional charges apply. Special quotations available upon your request for quantities larger than shown. Shipping charges additional F.O.B. Factory.

### 4. Method of Payment

☐ Check Enclosed   ☐ Bill Account   *Net 30 days to rated firms.
☐ Credit Card:  ☐ Visa  ☐ MasterCard  ☐ American Express  ☐ Discover

Card Number _____ Exp. Date _____

For New Accounts: Prepayment by check (excluding shipping and handling, which will be billed separately) or by Credit Card (which will not be charged until your order ships) will speed your order through our Credit Department and establish Open Account Terms for future orders. If you wish to establish credit for your first order, enclose your bank name, bank phone number and account number when ordering.

Signature _____
Phone ( ) _____ Fax ( ) _____
P.O. # _____ Date _____

*Credit is extended to Dun and Bradstreet rated businesses and qualified previous customers. Shipping and Handling charges are billed additional to order – FOB factory. Orders ship via UPS ground service unless otherwise requested. Orders to HI, AK, and Puerto Rico ship via UPS Blue Label unless otherwise requested. Priority shipping and handling is available at an extra cost.

### 5. Authorized Signature
All orders must be signed regardless of method of payment.

Signature _____ Date _____ Phone ( ) _____
Send proof to: Fax ( ) _____ E-mail: _____

**To expedite your order, did you remember to....**
1. Print or type your imprint legibly?
2. Indicate quantity, style #, etc.?
3. Enclose your art/logo if desired?
4. Include your fax number for order verification?
5. Enclose check or credit card number?

Send proof to: Fax ( )_____ E-mail:_____

5. Enclose check or credit card number?

## 6. IMPRINT AND CUSTOM LOGO INFORMATION

Please be sure not to exceed the maximum number of lines and characters per line indicated in the individual product descriptions.

**IMPRINT FOR YOUR STANDARD ITEMS**
**IMPRINT AREA A**
1.
2.
3.
4.
5.
6.
☐ Custom Logo or Artwork Supplied

**IMPRINT AREA B** (Not Available on All Products)
1.
2.
3.
4.
☐ Custom Logo or Artwork Supplied

**IMPRINT FOR YOUR SPECIAL ITEMS**
**IMPRINT AREA A**
1.
2.
3.
4.
5.
6.
☐ Custom Logo or Artwork Supplied

**IMPRINT AREA B** (Not Available on All Products)
1.
2.
3.
4.
☐ Custom Logo or Artwork Supplied

## 7. SCREEN IMPRINT COLORS

Indicate the ink color to be used for your imprint in area #3 above, under "Screen Imprint Color."

☐ BLUE (01)    ☐ BLACK (03)    ☐ WHITE (08)
☐ GREEN (02)   ☐ RED (04)      ☐ YELLOW (09)

## 8. EMBROIDERY DESIGN GUIDE

**SIZE:**
The average logo size is approximately 2" x 3" and is usually less than 8,000 stitches.
NOTE: Lettering must be ¼" or greater. And lines should be 1/16" or greater.

**PRICING:**
You can use one to six different colors of thread.
Embroidery Set-up Fee, up to 10,000 stitches: $99.00
Running Charge: $5.00 per piece
Larger logos or additional colors may require additional charges. Call for a quote; we will be pleased to advise you.

**EMBROIDERY THREAD COLORS:**
Indicate thread colors to be used on your logo:
PMS colors will be matched as closely as possible to these available color choices.

 




1.
2.
3.
4.
5.
6.

**MYRON's 100% SATISFACTION GUARANTEE.**
If for any reason you are not 100% satisfied with your order, simply return it for a full refund or replacement.

## Instructions for Ordering

1. **Tell us where to bill your order.**

2. **Tell us where to ship your order.** Please provide your phone, fax and e-mail information. Sorry, we do not deliver to P.O. boxes.

3. **Enter the gift description and applicable information from the catalog.** Please include quantity, style number, description and the page number.

4. **Choose your payment option** and provide necessary information.

5. **Sign the form before you send it.** Also, your Fax Number or e-mail is required to receive a free proof of your order.

6. **Please enter the imprint of your choice.** Your standard imprint may include your company name, slogan or an advertising message. There is a $13.95 machine set-up charge per item for imprinted orders. Logos are available for a one-time charge of $30.00 per item type. When an additional screen charge applies, it is indicated with the individual item. Please enter logo and screen charges where indicated.

**Some gifts have more than one imprint location.** Please see individual item descriptions for maximum number of lines, characters per line, and imprint locations.

**Individual name personalization** is available on pocket and desk diaries at a cost of $1.10 per name; on most pens at a cost of $.99 per name. Please enter charges where indicated in Section 3. For any individual personalization, e-mail your list to us at: service@myron.com or send your list of names along with your order form (provide lists of over 200 names on a CD, in Lotus™ or Excel™ format). We'll take care of the rest.

We will imprint your logo or special lettering for a $30.00 artwork fee. Just e-mail your artwork to service@myron.com, we accept most file formats. We can even work from a letterhead or a business card. As long as we can see it we can turn it into a personalization file. We will always send you a proof via e-mail or fax for your approval prior to personalizing your products. Your account manager is waiting to assist you.

After your order has been completed and shipped, your art will be stored at Myron for use on a reorder. If you have previously ordered a custom logo for the same type of product and process, please let us know—you may not be charged for art if you reuse the same size logo. The $13.95 machine set-up charge still applies to all imprinted orders.

When preparing your logo or special art, slight modifications may be necessary to produce the best results, depending on the item chosen and required imprint method. Unless an exact size or a specific layout is clearly indicated, the art/logo will be appropriately sized and formatted for that item.

7. **If the product you pick indicates a screen charge**, you have a choice of one of six colors for your imprint, unless otherwise specified. Choose blue, green, black, red, white or yellow. For maximum visibility of your imprint, select a color that is contrasting to the product.

8. **When ordering embroidered gifts** enter your choice of thread colors. The $99.00 embroidery set-up fee includes the use of one to six colors of thread and up to 10,000 stitches. The $5.00 running charge is the cost to stitch your design on each item.

We are not responsible for typographical or photographic errors that may appear in this catalog. We reserve the right to make adjustments or corrections due to discontinuations or typographical or photographic errors in advertisements or product descriptions without prior notice. In some cases it is necessary to alter photographic images in an effort to improve the legibility of imprints reproduced in this catalog. We reserve the right to limit quantities on promotional items.