

# Regatta Collection

The Regatta Collection always makes a notable first impression. With a soft leather-feel cover and detailed stitching, matching ribbon page marker and silvertone or goldtone corners, these diaries add up to value well beyond your cost.

**Regatta Curve Atlas Diaries**

| | |
|---|---|
| A. Black/Tan | XS7-5Z39360 |
| B. Black/Blue | XS7-5Z29951 |
| C. Black/Burgundy | XS7-5Z29853 |

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $4.09 | $3.55 | $3.29 | $3.05 | $2.85 |

**Regatta Curve Duo Diaries with Atlas and Notepad**

| | |
|---|---|
| D. Black/Blue | XS7-5Z30153 |
| E. Black/Burgundy | XS7-5Z30053 |

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $4.49 | $3.85 | $3.55 | $3.29 | $3.05 |

4 lines/21 characters per line
Imprint area: 1 1/2" x 1 3/4"

Available in two styles: Atlas Diary with our popular atlas edition, week-in-view calendar; and the Duo Atlas Diary, which also includes a 50-page note pad. Now your customers and employees will never be at a loss to jot down notes, capture clever ideas, and be reminded of important tasks. 6"x 3½"

Caillat Decl., Ex. 1
Page 28 of 52



**Pocket Diaries**

**Regatta Horizons Atlas Diaries**
F. Black/Burgundy    XS7-5Z7473
G. Black/Tan    XS7-5Z52053

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $4.09 | $3.55 | $3.35 | $3.25 | $3.05 |

4 lines/30 characters per line
Imprint area: 2½" x 2½"

**Regatta Contrasts Atlas Diary**
H. Black/Burgundy    XS7-5Z52756

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $4.09 | $3.55 | $3.29 | $3.05 | $2.85 |

4 lines/25 characters per line
Imprint area: 4" x 2"

**Regatta Atlas Diaries**
I. Blue    XS7-5Z37151
J. Burgundy    XS7-5Z37256

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.95 | $3.39 | $3.15 | $2.95 | $2.75 |

**Regatta Duo Diaries**
**with Atlas and Notepad**
K. Blue    XS7-5ZTJAE51
L. Burgundy    XS7-5Z30256

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $4.39 | $3.75 | $3.55 | $3.29 | $3.05 |

4 lines/27 characters per line
Imprint area: 4" x 2½"

Caillat Decl., Ex. 1
Page 29 of 52



**A-D. Stitched Diaries**
Keep a year's worth of appointments at your fingertips. Each diary is beautifully appointed with a softly textured cover and elegant hand stitching. Inside find our Atlas Edition diary and much more. Gold foil imprint. 6" x 3 ½". Bookmark pen included with Brighton. Black ink only.

- **A.** Laramie 300 Atlas/Pen in Spine  XS7-5Z33555B
- **B.** Durango Atlas 300  XS7-5Z18155
- **C.** Brighton 300 W/Pen  XS7-5Z18955B
- **D.** 2-in-1 Brighton 300 W/Pen  XS7-5Z46455B

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $4.09 | $3.55 | $3.29 | $3.05 | $2.85 |

A:
4 lines/27 characters per line
Imprint area: 3" x 2 ½"
B:
4 lines/30 characters per line
Imprint area: 2 ½" x 2 ¾"
C:
4 lines/25 characters per line
Imprint area: 3" x 2"
D:
4 lines/21 characters per line
Imprint area: 3" x 2"



## Winchester Collection

**Pocket Diaries**

### An Extra Touch

A great way to increase the effectiveness of any gift is to enhance it by giving it an extra touch with custom artwork. Just e-mail your artwork to service@myron.com. We accept most file formats. We can even work from a letterhead or a business card. As long as we can see it, we can turn it into a personalization file. We will always send you a proof via e-mail or fax for your approval prior to personalizing your products. Your account manager is waiting to assist you.

**E-H. Winchester Diaries**
At the request of our customers, we have expanded the Winchester collection. Inspired designs that combine smooth, fine-grained vinyls and hand stitching. With 2008 distinctively burnished on the top and our atlas edition diary inside. Now available in three cover styles: traditional, Wire-O and 2-in-1 with bookmark pen. Two-tone brown. 6" x 3½".

**E. Winchester 200 Atlas Wire-O**          XS7-5Z36755

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $4.49 | $3.85 | $3.55 | $3.29 | $3.05 |

4 lines/27 characters per line
Imprint area: 2½" x 2½"

**F. 2-in-1 Winchester Atlas 300**          XS7-5Z36655B
**G. Winchester Atlas 300**                 XS7-5Z43555
**H. Winchester World of Thanks Atlas 300**  XS7-5Z52655

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $4.09 | $3.55 | $3.29 | $3.05 | $2.85 |

**F:** 4 lines/21 characters per line
Imprint area: 2½" x 2"

**G-H:** 4 lines/30 characters per line
Imprint area: 2½" x 2¾"

Caillat Decl., Ex. 1
Page 31 of 52





bonded leather cover
with casebound binding

**A. Tuscany 500 Pocket Pal® Diary**
Luxuriously soft to touch and stitched all around. Features a vinyl leather-like cover with 4 goldtone corners, a red ribbon marker and our popular week-in-view diary. 6⅛" x 3½".
Black    XS7-5NFAD53

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $3.79 | $3.29 | $2.99 | $2.79 | $2.65 |

4 lines/30 characters per line
Imprint area: 4" x 2"

**B. Montana Genuine Bonded Leather Diary**
Give them a touch of distinction. Features our popular Pocket Pal® Atlas Edition Diary, a ribbon page marker to match the cover, goldtone corners and gilt-edged pages. 6⅛" x 3½".
Black    XS7-5NPLH53

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $4.59 | $3.99 | $3.65 | $3.39 | $3.15 |

4 lines/27 characters per line
Imprint area: 4" x 2"

**C. Roma Genuine Bonded Leather Diaries**
Soft textured bonded leather sets this diary apart. Made to make the most notable impression. Contains our Atlas Edition week-in-view calendar with goldtone corners, gilt-edged pages and a ribbon page marker. 6½" x 3½".
Burgundy    XS7-5P2AD56
Navy    XS7-5P2AD51
Black    XS7-5P2AD53

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $4.19 | $3.65 | $3.29 | $3.09 | $2.89 |

4 lines/30 characters per line
Imprint area: 4" x 2"



genuine leather cover with
slip-in atlas edition diary

32

# International Pocket Pal® Diary Collection



Leather & Stitched Pocket Diaries

Quality from cover to cover. Business-class diaries designed to impress, crafted to go the distance.

**D-G.  International Pocket Diaries**
Display your logo with pride on the cover of these handsome business-class diaries. Stitched, leather-like vinyl with a ribbon page marker, gilt-edged pages and America's most popular Pocket Pal® Atlas Edition.
6¼" x 3½".

| | |
|---|---|
| D. Catalina Tan 400 Diary | XS7-5Z53960 |
| E. Vicenza Tan 400 Diary | XS7-5Z54260 |
| F. Massena Black 450 Diary | XS7-5Z54353 |
| G. Fargo Olive/Black 400 Diary | XS7-5Z54153 |

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $4.09 | $3.55 | $3.29 | $3.05 | $2.85 |

4 lines/24 characters per line
imprint area: 4" x 2"

Caillat Decl., Ex. 1
Page 33 of 52



## Sutton Collection

**A, B. Sutton Stitched Diaries**
Showcase your company name on an elegant textured background finished with high-quality hand stitching. Available in 2 designs: Sutton Sport with fabric fastener and bookmark pen, and Classic Sutton Sport with bookmark pen. Each contains a diary, full-color atlas and loads of useful info. Gold foil imprint. 6" x 3½". Black ink.

**A. Sutton 200 W/Flap Closure/Pen**
XS7-5Z27353B

**B. Sutton Sport 300 Atlas with Pen**
XS7-5Z18053B

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|-----|-----|-----|------|
| $4.09 | $3.55 | $3.29 | $3.05 | $2.85 |

4 lines/25 characters per line
Imprint area: 1¾" x 1⅞"

**C. 2-In-1 Sutton 200 with Magnetic Closure**
Maximum utility at an excellent price! The magnetic strap closure and lizard-look spine make this a keeper. Comes with our 2008 atlas/diary and matching pen that fits into a cover pocket. Black ink. 6" x 3½".
XS7-5Z36853B

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|-----|-----|-----|------|
| $4.09 | $3.55 | $3.29 | $3.05 | $2.85 |

4 lines/21 characters per line
Imprint area: 1¾" x 1⅞"



quick, secure magnetic tab for ease of opening



smooth-grain front cover, contrast hand stitching, snakeskin-textured spine and back

**D. Sutton 300 Pocket Pal® Diary**
Display your logo with pride on the cover of this handsome business-class diary. Stitched, leather-textured vinyl with a ribbon page marker, gilt-edged pages and America's most popular Pocket Pal® Atlas Edition. 6¼" x 3½".
**Black**    XS7-5NIAD53

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|-----|-----|-----|------|
| $3.75 | $3.25 | $2.95 | $2.75 | $2.55 |

4 lines/27 characters per line
Imprint area: 4" x 2"

Caillat Decl., Ex. 1
Page 34 of 52



**E. F. Teamwork 2-in-1 Duo Diaries with Notepads**
Put 2008 at their fingertips! Hand them out to everyone on your team. Pocket-sized black crush vinyl cover with goldtone corners opens to both a 50-page unlined notepad on cover and our atlas edition week-in-view calendar. Includes a bookmark pen. 6" x 3½".

**E. 2-in-1 Teamwork Peak 400 Blue Mountains Duo**
XS7-5Z42290B

| 50 min. | 100 | 250 | 500 | 1000 |
| --- | --- | --- | --- | --- |
| $4.49 | $3.85 | $3.55 | $3.29 | $3.05 |

4 lines/20 characters per line
Imprint area: 1½" x 1¾"

**F. 2-in-1 Windsor 400 Duo**
XS7-5Z44590B

| 50 min. | 100 | 250 | 500 | 1000 |
| --- | --- | --- | --- | --- |
| $4.49 | $3.85 | $3.55 | $3.29 | $3.05 |

4 lines/20 characters per line
Imprint area: 4" x 1¾"

**G. Teamwork Duo Diary with Notepads**
Reward employees and customers with the ultimate in functionality. Pocket-sized black crush vinyl cover opens to both a 50-page unlined notepad and atlas edition week-in-view calendar. 6" x 3½".

**Teamwork Peak 400 Atlas Duo**
XS7-5Z36990

| 50 min. | 100 | 250 | 500 | 1000 |
| --- | --- | --- | --- | --- |
| $4.09 | $3.55 | $3.29 | $3.05 | $2.85 |

4 lines/27 characters per line
Imprint area: 1¼" x 2½"

every 2-in-1 duo diary includes a handy color coordinated bookmark pen

Caillat Decl., Ex. 1
Page 35 of 52



### A-G. 500 Pocket Pal® Diaries

Quality and convenience from cover to cover. High-endurance textured vinyl with goldtone corners in your choice of eight designs and themes. Our classic diaries are economical and great-looking. Choose from 2 classic calendar editions both with glowing gilt-edged pages. 6" x 3½". Gold foil imprint.

|  | "Atlas" Edition | Deluxe "A Look Back" Edition |
|---|---|---|
| A. Teamwork Peak 500 | XS7-5D3AD90 | Not available |
| B. Windsor 500 | XS7-505AD90 | XS7-505MA90 |
| C. Excellence 500 | XS7-5MIAD90 | Not available |
| D. Pioneer 500 | XS7-52DAD90 | Not available |
| E. Admiral 500 | XS7-52AAD90 | Not available |
| F. Frontier 500 | XS7-5KEAD90 | XS7-5KEMA90 |
| G. Aurora Gld/Slvr 500 | XS7-5SNAD90 | XS7-5SNMA90 |

**"Atlas" Edition**

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.85 | $3.29 | $3.05 | $2.85 | $2.59 |

**Deluxe "A Look Back" Edition**

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $4.09 | $3.55 | $3.29 | $3.05 | $2.85 |

A-G:
4 lines/30 characters per line

**Imprint area:**

| | |
|---|---|
| Teamwork Peak 500 | 1³/₄" x 2³/₄" |
| Windsor 500 | 4¼" x 2³/₄" |
| Excellence 500 | 1¼" x 2³/₄" |
| Pioneer 500 | 2½" x 2³/₄" |
| Admiral 500 | 1½" x 2³/₄" |
| Frontier 500 | 2½" x 2³/₄" |
| Aurora Gld/Slvr 500 | 2¼" x 2³/₄" |



**"A Look Back" Edition**
Our Deluxe "A Look Back" Edition includes all the features of the Atlas Edition (see page 38), plus 8 more dynamic full-color pages with a chronology of interesting historical events, list of useful Web sites and a glossary of Internet terms.



**Custom Artwork Made Easy**
Just take a look at these diaries. Each features a customer's logo that was prepared at our Maywood, NJ art department. Just e-mail your artwork to service@myron.com. We accept most file formats. We can even work from letterhead or a business card. As long as we can see it, we can turn it into a personalization file. We will always send you a proof via e-mail or fax for your approval prior to personalizing your diaries. Your account manager is waiting to assist you.

36



*exclusive inspirational diary calendar*

Pocket Pal™ Diaries

### H, I.  Inspirational Diaries

Noble sentiments, beautifully expressed in designs that make the spirit soar. Ideal holiday gift or fund-raiser. The pocket diary of choice for those that answer a higher calling. All diaries come with Inspirational Edition inserts. 6" x 3½".

**H.   Peace on Earth 475        XS7-5TARA90S**

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.75 | $3.25 | $2.95 | $2.75 | $2.55 |

4 lines/30 characters per line
Imprint area: 2¼" x 2¾"

**I.   Hands in Prayer 300        XS7-58KRA90**

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.55 | $3.15 | $2.85 | $2.59 | $2.45 |

4 lines/30 characters per line
Imprint area: 1⅜" x 2¾"

### J, K.  Wire-O Diaries

Our wirebound design opens flat and makes this pocket diary convenient and practical! Imprint your message in gold on the original black crush, or in white on the translucent blue 2-in-1 diary with matching bookmark pen. 6" x 3½". Black ink.

**J.   Teamwork Peak 200        XS7-5Z18290**

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $4.09 | $3.55 | $3.29 | $3.05 | $2.85 |

4 lines/27 characters per line
Imprint area: 1½" x 2"

**K.   2-in-1 Teamwork Translucent Blue 100   XS7-5Z31851B**

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $4.39 | $3.75 | $3.55 | $3.29 | $3.05 |

4 lines/21 characters per line
Imprint area: 1¾" x 1⅞"



### L.  Teamwork Peak 200 Multiwriter

Enjoy the convenience of two mini pens that fit in the Teamwork vinyl cover. Contains our 2008 atlas diary. Pens are 3¾"; one has black ink, one red. 6" x 3½". XS7-5Z36590B

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.85 | $3.29 | $3.05 | $2.85 | $2.59 |

4 lines/21 characters per line
Imprint area: 1½" x 1¾"

**Caillat Decl., Ex. 1
Page 37 of 52**



## Make an Impact with 2-in-1 Pocket Pal® Diaries

**A-E. 2-in-1 Pocket Pal® Atlas Diaries with Pens**
Put a wealth of important information at their fingertips!
Sleek atlas diary slips easily into a pocket, and contains a
full-color atlas, mileage charts, area code listings, weights,
measures and more, plus a bookmark pen. 6" x 3½".
Black ink.

| | | |
|---|---|---|
| A. 2-in-1 Teamwork Burgundy Mountains 200 | XS7-5Z42190B |
| B. 2-in-1 Windsor 200 | XS7-5Z33090B |
| C. 2-in-1 Teamwork Gray Mountains 200 | XS7-5Z16390B |
| D. 2-in-1 Teamwork Peak Brown 300 | XS7-5Z28055B |
| E. 2-in-1 Teamwork Blue Mountains 200 | XS7-5Z31690B |

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.85 | $3.29 | $3.05 | $2.85 | $2.59 |

**Teamwork Diaries  4 lines/21 characters per line**
Imprint area: 1½"x1¾"

**Windsor 200      8 lines/21 characters per line**
Imprint area: 4" x 2"

**"Atlas" Edition**
Your customers and clients will
enjoy all of these special features:
· Week-in-view 2008 calendar
· Holidays
· Area codes and toll-free numbers
· Weekly quotes
· 16-page full-color U.S. road atlas
· Useful travel Web sites
· 2009 advance planner
· Mileage between cities
· Weights and measures
· First aid for choking



**F, G.  Continental 300 Atlas Diaries**
Smooth vinyl cover with leather-like
deep tones. Light weight yet durable
with gold foil imprint and our 2008
atlas/diary with gilt-edged pages.
6½" x 3½".

| | |
|---|---|
| Burgundy | XS7-506AD56 |
| Navy | XS7-506AD51 |

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $4.09 | $3.55 | $3.29 | $3.05 | $2.85 |

**4 lines/30 characters per line**
Imprint area: 4¼" x 2¾"

Caillat Decl., Ex. 1
Page 38 of 52



**H** Compac® Black Crush
*your choice of metal
or plastic mini pen*

### H-L. Compac® Diaries with Mini Pens

Reward your employees with convenience. Small enough to stash anywhere, our Compac® Diaries carry a year's worth of appointments and much more. Textured black or two-tone stitched covers hold a compact version of our week-in-view diary. Includes mini pen that slips into the spine. 4½" x 3¼". Black ink.

**H.** Compac® Black Crush
XS7-5WWFG90B (Gold Imprint)

**I.** Compac® Patriot
XS7-5Z17190B (White Imprint)

**J.** Compac® Regatta Burgundy
XS7-5Z46156B (Silver Imprint)

**K.** Compac® Brighton
XS7-5Z37355B (Gold Imprint)

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.59 | $3.19 | $3.05 | $2.89 | $2.75 |

**L.** Compac® Black Crush with Metal Pen
XS7-5Z55390B (Gold Imprint)

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.85 | $3.45 | $3.25 | $3.10 | $2.99 |

*H, J, L:*
4 lines/24 characters per line
Imprint area: 2⅝" x 2"

*I:*
4 lines/24 characters per line
Imprint area: 1¼" x 2"

*K:*
4 lines/21 characters per line
Imprint area: 2½" x 1¾"

### M. 2-in-1 Teamwork Peak 200 Slim Jim® Diaries

Slips easily into a pocket and shows a whole month of appointments on one spread. Features a 14-page map section and other info, charts and listings. Black crush cover with our popular Teamwork graphics and matching bookmark here. 6" x 3¼". Black ink.
XS7-5Z37590B

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.55 | $3.15 | $2.85 | $2.59 | $2.45 |

4 lines/21 characters per line
Imprint area: 1½" x 1¾"

*coordinated mini pen slips into the spine of the compac diary*



**Monthly Format!**



**Monthly Format with full color atlas!**

### N. Windsor 500 Slim Jim® Diaries

Ultimate convenience. Our Slim Jim easily slips inside a pocket, and shows a whole month of appointments on one page plus useful information pages. Textured black vinyl. 6" x 3¼".
XS7-505AL90

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.55 | $3.15 | $2.85 | $2.59 | $2.45 |

4 lines/30 characters per line
Imprint area: 4¼" x 2¾"

Caillat Decl., Ex. 1
Page 39 of 52



add individual names for only $1.10 each

Zack Albanese

## Well-designed and concisely organized...

### The Myron Desk Master® Diaries have been North America's best-selling personalized executive planners for years.



Lustrous gilt-edged pages and flexible ribbed binding make a lasting impression



Removable address book slips into the front cover pocket



Your standard 4 line / 30 character imprint included. Company logo available for a nominal charge.



Convenient flexible page marker and easy-to-read text help keep you on track

**40**



Desk Master® Diaries

**A-E. Desk Master® Diaries**
Everyone can use some help getting organized.
Our easy-to-use desktop planner has convenient
week-in-view and monthly format calendars. Add
individual names on front for only $1.10 each.
Sturdy vinyl, 9 ½" x 7 ½".
**A.** Regatta 400 Blk/Tan    XS7-5Z59960
**B.** Regatta 450 Blk/Burg   XS7-5Z52953

| 6 min. | 12 | 25 | 50 | 100 |
|--------|------|------|------|------|
| $25.65 | $23.09 | $21.29 | $19.29 | $18.69 |

**C.** Windsor 500 Black     XS7-505GA90
**D.** Berringer 300 Blk/Bm  XS7-537GA53

| 6 min. | 12 | 25 | 50 | 100 |
|--------|------|------|------|------|
| $23.29 | $20.99 | $19.25 | $18.25 | $17.69 |

**E.** Algerian 300 Brown    XS7-551GA57

| 6 min. | 12 | 25 | 50 | 100 |
|--------|------|------|------|------|
| $20.99 | $18.59 | $16.89 | $15.95 | $15.39 |

*A-E:*
**4 lines/30 characters per line
imprint area: 3" x 3"**



*Additional features include
mileage charts, first aid tips,
weights & measurements*



*Gold-tone or silver-tone
corners and optional individual
personalization*

Setting priorities... Meeting goals... Staying on top of daily
and weekly appointments... Keeping track of meetings...
These are only a few of the details that your customers
need to keep organized. Now they can with a Myron Desk
Master®, a planning system that is used by professionals
around the world. And each time they use it, they'll see your
company's name or message imprinted in gold or silver.

Caillat Decl., Ex. 1
Page 41 of 52

# Classic Date Log® Collection

**Customers who receive our Date Log®
ask for it year after year**



*teamwork peak
burgundy*

monthly view per spread
each day has ample space
for notes and scheduling
US and Canadian holidays



*teamwork peak gray*



*classic black*



*woodgrain*

**Date Log® Monthly Calendars**

View a month at a time with this perennial favorite. Each day has
ample space to write notes and appointments. Contains all kinds
of useful information like business/travel toll-free numbers and
Web sites, area codes, 2008-2009 holidays, and first aid tips.
Space for advance planning and your own important phone
numbers. Selection of covers with lustrous metallic and holographic
foils or solid colors. Sturdy and laminated with crisp foil imprint.
Fits neatly in a portfolio or briefcase. 7" x 10".

| Teamwork Peak Burg | XS7-5Z46653 |
|---|---|
| Teamwork Peak Gray | XS7-5Z28253 |
| Teamwork Peak Blue | XS7-5Z41853 |
| Classic Black | XS7-510GD53 |
| Classic Blue | XS7-510GD81 |
| Woodgrain | XS7-552GD55 |

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.79 | $2.99 | $2.79 | $2.55 | $2.35 |

**4 lines/30 characters per line**

| Premiere | | XS7-5TCGD53 | | |
|---|---|---|---|---|
| 50 min. | 100 | 250 | 500 | 1000 |
| $4.09 | $3.25 | $2.99 | $2.75 | $2.55 |

**4 lines/30 characters per line**

**Imprint area:**

| Premiere | 6" x 4" |
|---|---|
| Classic Black | 5" x 4" |
| Classic Blue | 5" x 4" |
| Woodgrain | 5" x 4" |
| All Teamwork Peak | 1½" x 5" |

42

## Reference and planning features



teamwork peak blue



classic blue



premiere

2008 and 2009 annual calendars on
the inside cover for fast reference

### 2008

### 2009

**US and
Canadian
area codes**

**TELEPHONE AREA CODES**

**2009
advance
planning**



**TIME ZONES**

**NOTES**

quick reference time zone map

**US and Canadian business/travel
toll-free numbers and web sites**

**TOLL-FREE TELEPHONE NUMBERS AND WEB SITES**

**2009 ADVANCE PLANNING**

**HOLIDAYS**

2008 and 2009 US and Canadian holidays
birthdays and anniversaries to remember section

Caillat Decl., Ex. 1
Page 43 of 52

Date Log® Monthly Diaries

# Sienna Manager Date Log®



## A. B. Sienna 200 Manager Date Log®

A calendar, planner and notepad all in one book. Now in a deluxe textured vinyl slip-in style cover, with a useful storage pocket for papers in the back, plus a business card holder slot. The 2-tone design is enhanced with a contrasting wrap-around black spine and back cover. The Manager is a full size 13-month calendar in a monthly format, with space for scheduling appointments, jotting "to do's", setting tasks and helpful business tips. You'll also find pages for setting goals, notating achievements, advance planning, contacts, expense tracking, and perforated, lined note pages to capture every great idea. Plus reference pages for holidays, area codes and toll-free telephone numbers.

**A. Sienna 200 Black/Burgundy**
   **Manager Date Log®**   XS7-5Z59556
**B. Sienna 200 Black/Tan**
   **Manager Date Log®**   XS7-5Z59660

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $3.95 | $3.39 | $3.15 | $2.95 | $2.69 |

4 lines/30 characters per line
Imprint area: 7" x 4"

# Sienna Pocket Atlas Diaries

**Traditional textured vinyls in rich colors, enhanced with a foil date and imprint. Slips easily into a pocket or purse. With a wealth of important information — a full-color atlas, mileage charts, area code listings, weights, measures and more.**



**C. 2-in-1 Sienna 300 Atlas Diary**
Deep burgundy with gold foil date and imprint. Always ready to make a date with the handy bookmark pen nested in the convenient front pocket. 6" x 3½". Black ink.
XS7-5Z47190B

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $3.89 | $3.35 | $3.15 | $3.05 | $2.95 |

4 lines/21 characters per line
Imprint area: 4" x 2"

**D. Sienna 350 Atlas Diary**
Deep blue with silver gilt-edged pages silver foil date and imprint. The design is enhanced with a wrap-around black spine and back cover. 6½" x 3½".
XS7-5Z35690

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $3.45 | $2.99 | $2.75 | $2.55 | $2.35 |

4 lines/25 characters per line
Imprint area: 4" x 2"



Caillat Decl., Ex. 1
Page 44 of 52

# Time management, planning and reference features

Date Logs® / Pocket Diaries



2008 and 2009
US and Canadian holidays

birthdays and anniversaries
to remember section

quick reference time zone map
international dialing codes

lined note
pages

2009 advance
planning

quick contact
information

expense reports

US and Canadian area codes

monthly goals

address book



**E. Teamwork Peak 200 Blue Mountains Date Log® Collection**
All of the great features found in our traditional 32-page Date Log® (see catalog pages 42-43), with new additions that make these planners the best ever. Two versions to choose from – each with special enhancements. Our flagship, 56-page Deluxe Date Log®, contains the 8 full color maps, including an overview of North & Central America, road atlases of the continental United States, Alaska, Hawaii, Canada, Mexico, and Puerto Rico and, an easy-to-use world time zone map. All maps were designed exclusively for Myron. Plus more space for your important phone numbers and 14 perforated ruled note pages. Don't need the maps but have a lot to write about? The 56-page Duo Date Log® is the book for you, with 24 perforated ruled note pages. 7" x 10".

**Teamwork Peak 200 Blue Mountains Duo Date Log®**
**XS7-5Z42353**

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $3.89 | $3.29 | $3.05 | $2.85 | $2.59 |

**Teamwork Peak 200 Blue Mountains Deluxe Date Log®**
**XS7-5Z48753**

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $3.95 | $3.39 | $3.15 | $2.95 | $2.69 |

4 lines/30 characters per line
Imprint area: 1½" x 5½"

Caillat Decl., Ex. 1
Page 45 of 52

# Compac® Notepad Collection

**A-F. Compac® Notepads with Pen**
Guarantee that prospects and customers are reminded of your company each time they jot down a note. Imprint your 4-line company message on any of our textured covers. Holds a lined, perforated notepad and mini pen that fits into the spine. Black ink. 4 ½" x 3 ¼".

**Notepad with Metal Pen**
A. Regatta Blk/Tan Compac®    XS7-LA10910B
B. Compac® Black    XS7-LA10303B

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $3.75 | $3.35 | $3.15 | $3.02 | $2.91 |

**Notepad with Plastic Pen**
C. Regatta Blk/Tan Compac®    XS7-LA10410B
D. Compac® Black    XS7-LA04103B
E. Regatta Burg Compac®    XS7-LA10006B
F. Regatta Blk/Burg Compac® XS7-LA10003B

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $3.49 | $3.15 | $2.95 | $2.80 | $2.65 |

*A, C, F:*
**4 lines/21 characters per line**
**Imprint area: 2" x 3"**

*B, D, E:*
**4 lines/24 characters per line**
**Imprint area: 2 ⅝" x 2"**

**B, D**

**G**



**G. Business Case**
This laptop friendly case with padded compartment and security straps is ideal for short trips or cross country travel. Features fully opening zippered main compartment, plus front zipper section. Includes organizer for pens, cards and keys. Additional back compartment, plus slide through panel for handle of wheeled luggage. Reinforced straps. Sturdy polyester canvas. 15" x 11 ½" x 1 ½".
**XS7-TB09803**

| 12 min. | 24 | 50 | 100 | 250 |
|---------|------|------|------|------|
| $20.00 | $18.00 | $17.00 | $15.50 | $14.25 |

**FREE 3-letter embroidered monogram included**



Add your 3-line embroidered imprint *(in same color as your 3-letter monogram)* or logo on front pocket. See below for additional charges and colors available.
**Optional embroidered imprint or logo:**
**Front Pocket 3 lines / 18 characters**
**Imprint area: 3" x 4 ½"**

*dividers and pockets help keep you organized*

     



**Custom personalization embroidery pricing guide:**
*Indicate up to six thread colors to be used on your logo. The average logo size is approximately 2" x 3" and is usually less than 8,000 stitches. Lettering must be ¼" or greater and lines should be 1/16" or greater. A $99 embroidery set-up fee (up to 10,000 stitches) per design, plus $5 application charge per piece. Larger logos or additional colors may require additional charges. Call for a quote; we will be pleased to advise you.*

Caillat Decl., Ex. 1
Page 46 of 52

Notepads / Pocket Tools



Teamwork design
and your imprint
on the front cover

**H. 3-In-1 Teamwork Notepad/Calculator/Pen**
Flips open for a handy 50-page lined pad and credit-card sized solar-powered calculator. The handsome black crush cover features our popular Teamwork theme and bookmark pen. Takes standard lined pad refills. Black ink.
**XS7-LA09540B**

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $3.75 | $3.35 | $3.15 | $3.02 | $2.91 |

4 lines/27 characters per line
Imprint area: 1 ½" x 2 ½"



**I. Aluminum Flashlight Key Ring**
They'll carry it everywhere! Laser engraving in the claret finish creates a sharp, lasting imprint. With telescoping light beam and easy on-off button on a goldtone clip and ring. AAA battery included. 3 ¾" long.
**XS7-VA45106**

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $2.65 | $2.49 | $2.30 | $2.15 | $1.99 |

2 lines/24 characters per line
Imprint area: ¼" x 1 ⅝"



**J. Mini Flashlight Carabiner Keyring**
Bright LED light is ideal for reading maps and menus or finding small objects in an attaché case or purse. Easy to use carabiner clip securely fastens to a bag – ideal for everyone on the go. Laser engraving displays your company details or message on both sides at no extra cost. Four replaceable "button cell" batteries included. 3 ½" long.
**XS7-TD69701**

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $2.65 | $2.49 | $2.30 | $2.15 | $1.99 |

2 lines/15 characters per line on both sides
Imprint area: ¼" x 1 ⅝"

**K. Wallet Magnifier Light**
Large imprint area with your message or logo in full view guarantees that your company will be noticed. Fully retractable high quality 3x magnifying lens. With 2 super bright white LED lights that illuminate the entire page. Laser engraving enhances durable brushed-silver plastic. Button cell battery included. 3 ½" x 2" x ³/₁₆".

| Laser Engraved | XS7-TD69830 |
|----------------|-------------|
| One-color Imprint | XS7-TD73030 |

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $3.99 | $3.69 | $3.49 | $3.29 | $3.19 |

6 lines/25 characters per line
Imprint area: 1 ¾" x 1 ¾"
One color imprint or logo (as pictured) also available in your choice of blue, green, red, black, white or yellow.



Credit card size to fit in your wallet or shirt pocket

*Convenient flashlight*

Caillat Decl., Ex. 1
Page 47 of 52



*Thank You!*

**A. Thank You Flashlight Key Ring**
These indispensable simply turn it on and say it all. Express your thanks to customers, friends and associates will love this useful flashlight key ring. Comes with replaceable button cell batteries. Long lasting aluminum construction with bright LED light.
XS7-TD70436
Flashlight is approximately 2¼" long.

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $2.65 | $2.49 | $2.30 | $2.15 | $1.99 |

3 lines/40 characters per line
Imprint area: ¼" x 2"

**B. Blue Flashlight Key Ring**
Light the way in style! This lightweight aluminum carabiner key ring holds a matching blue light for maximum illumination. Your crisp laser engraved imprint will never fade. Comes with replaceable button cell batteries. Telescoping beam.
XS7-TD25801
Flashlight is approximately 2⅝" long.

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $2.65 | $2.49 | $2.30 | $2.15 | $1.99 |

2 lines/25 characters per line
Imprint area: ¼" x 1½"

**C. Flashlight Carabiner Key Ring**
Your customers will love the lightweight aluminum construction and powerful white light. Slips easily onto a belt loop or handbag strap. Laser engraved with your permanent imprint. Replaceable button cell batteries included. 3 ⅞" x 1¼".
Blue    XS7-TB74001
Chrome  XS7-TB74152

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $3.23 | $2.99 | $2.87 | $2.79 | $2.58 |

2 lines/25 characters per line
Imprint area: ¼" x 1½"

**D. Locking Carabiner Chrome Tool**
Multiple functions that your customers will use again and again. Attractive, durable, all metal design features easy key insertion with our "nail friendly" closure. Laser imprinting permanently displays your company details or message. 3 ⅞" long.
XS7-TD59052

| 50 min. | 100 | 250 | 500 | 1000 |
|---------|------|------|------|------|
| $3.79 | $3.49 | $3.39 | $3.29 | $3.19 |

2 lines/30 characters per line
Imprint area: ¼" x 2"

MYRON EXCLUSIVE

Features:
flat head screwdriver/
file opener, scissors
and blade

easy screw on
"nail friendly"
locking security
closure

48

Caillat Decl., Ex. 1
Page 48 of 52



**Pocket Tools**

**E. 7-Function Sure Grip Knives**
Give everyone on your list a corkscrew/knife tool. Set includes 7 tools: blade, file, pick, scissors, can and bottle openers, corkscrew and screwdrivers. 2 ¼" long.

| Claret Sure Grip | XS7-TA81846 |
| Blue Sure Grip | XS7-TB03201 |
| Stainless Sure Grip | XS7-TA81738 |

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.23 | $2.99 | $2.87 | $2.79 | $2.58 |

2 lines/30 characters per line
Imprint area: ¼" x 1¾"

**F. 7-Function Pocket Knife**
Quality stainless steel tools include blade, file, pick, scissors, can and bottle openers, corkscrew and screwdrivers. 2 ¼" long.
XS7-TA12430

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.23 | $2.99 | $2.87 | $2.79 | $2.58 |

2 lines/30 characters per line
Imprint area: ¼" x 2"

**G. Wave Sure Grip Knife**
Designed exclusively for Myron. Unique curved shape with sure grip accents fits comfortably in your hand. Includes scissors, corkscrew, blade, cutout, can opener, bottle opener and two screwdriver heads. 2⅞" long.

| Stainless | XS7-TD26530 |
| Claret | XS7-TD70046 |

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.23 | $2.99 | $2.87 | $2.79 | $2.58 |

2 lines/30 characters per line
Imprint area: ¼" x 1½"

Caillat Decl., Ex. 1
Page 49 of 52



**A.** ◆AUTOPIA

*the Valet ring disconnects with the press of a button*

**A. Valet Gunmetal Chrome Key Ring**
An attractive gift designed for security and convenience.
Helps organize your keys – take only what you need, and
leave the rest behind.
Gunmetal/Chrome        XS7-TD67930

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.23 | $2.99 | $2.87 | $2.79 | $2.58 |

4 lines/15 characters per line
Imprint area: ¾" x ¾"

**B.**

FIRST NATIONAL BANK
www.fnbatlanta.com
phone 225-562-5364
fax 865-467-9694

**B. 5-Function Money Clip**
A great little tool that goes
everywhere. Functions as a money
clip with fold-out opener, flathead
screwdriver/ruler, file/cleaner, scissors
and knife blade. Large imprint area.
2¾" long.
Silver        XS7-TD26330

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $2.65 | $2.49 | $2.30 | $2.15 | $1.99 |

Ebony        XS7-TD68903

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.23 | $2.99 | $2.87 | $2.79 | $2.58 |

5 lines/32 characters per line
Imprint area: ¾" x 1¾"

HYDRO STOP  www.hydro-stop.com (800) 730-5366

**C. Deluxe 2-Function Key Ring**
Give yourself an edge. This handsome
key ring has a scissor and knife blade.
So handy, it puts your logo in the right
hands and keeps it there. 4¼" long
from end to end.
Chrome/Blue        XS7-TD69901

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.23 | $2.99 | $2.89 | $2.79 | $2.69 |

3 lines/22 characters per line
Imprint area: ¾" x 1¾"

*nail friendly closure*

Caillat Decl., Ex. 1
Page 50 of 52



**Pocket Tools & Key Rings**

### Custom Artwork Made Easy
A great way to increase the effectiveness of any gift is to enhance it by giving it an extra touch with custom artwork. Just e-mail your artwork to service@myron.com. We accept most file formats. We can even work from a letterhead or a business card. As long as we can see it, we can turn it into a personalization file. We will always send you a proof via e-mail or fax for your approval prior to personalizing your products. Your account manager is waiting to assist you.

**D.  Multi-Function Key Ring**
Highly visible imprint area, sturdy split ring keeps your keys secure, convenient personal size scissors and knife blade. Make this a personalized gift that will work double time for your company. 4¼" long from end to end.
Chrome/Black        XS7-TD55430

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.23 | $2.99 | $2.89 | $2.79 | $2.69 |

3 lines/22 characters per line
Imprint area: ¾" x 1¾"



**E.  8 Function Blue Key Ring**
It's more than just a keyring. Aluminum lightweight and effective, ideal for pocket attaché, case or purse with full-size opener, flat-edge screwdriver, nail cleaner, scissors and knife blade, durable blue finished finish. Large imprint area.
2¾" long
Silver        XS7-TD69201

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.23 | $2.99 | $2.89 | $2.79 | $2.69 |

4 lines/25 characters per line
Imprint area: ½" x 1½"



**F.  Deluxe #1 Key Ring**
This #1 key ring fob tells customers what they want to hear: "You're our number one priority." All metal design with chrome plating resists scratches. Brushed gold tone showcases your imprint. Accommodates all size keys and is easy to open. 4¼" long from end to end.
Silver        XS7-TD57930

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $3.23 | $2.99 | $2.89 | $2.79 | $2.69 |

3 lines/22 characters per line
Imprint area: ¾" x 1¾"

**G.  Chelsea II Gunmetal Chrome Key Ring**
It's exactly what you want in the hands of key decision makers. Compact, slim design with a distinctive gunmetal finish that will showcase your message. 3½" long.
Chrome/Gunmetal   XS7-TD68030

| 50 min. | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $2.19 | $1.99 | $1.89 | $1.79 | $1.69 |

5 lines/22 characters per line
Imprint area: ¾" x 1¾"

Caillat Decl., Ex. 1
Page 51 of 52



**CONTENTS**

Ergonomic & Slim Pens — pages 3-11

Exclusive Rollerball & Pen Sets — pages 12-15

Specialty Pens & Office Tools — pages 16-21

Clocks & Calculators — pages 22-23

Gift Boxes & Extras — pages 24-26

Pocket Tools — pages 28-39

Desk Master™ Diaries — pages 40-41

Date Line™ Monthly Diaries — pages 42-45

Notepads & Pocket Tools — pages 46-51

**Convenient Ordering**

Call Toll-Free:
1-800-526-9766

Fax:
1-800-646-1443

Online:
www.myron.com

Mail
MYRON
205 Maywood Ave.
Maywood, NJ 07607

**MYRON**
We've Got the Gift
for Building Business™
205 Maywood Avenue
Maywood, NJ 07607
www.myron.com

Quick Service Number

Your Account Manager



"We keep coming back year after year for our Pocket Diaries from Myron, and will continue to do so."

"The high quality and designs of Myron's business gifts and incentives make them an effective means of marketing that everyone loves!"

PRSRT STD
U.S.
POSTAGE
PAID
MYRON

Caillat Decl., Ex. 1
Page 52 of 52