# EXHIBIT 2



# MYRON
## 1995 CATALOG
*The Finest Imprinted Business Gifts For Over 40 Years*

**Unconditional Money-Back Guarantee**
**Dependable 48-Hour Service**
**Every Order Custom-Made To Your Specifications**

# VALUABLE GIFT
# FREE WITH YOUR ORDER

Caillat Decl., Ex. 3
Page 1 of 2

# THE POCKET PAL™



Dear Customer,

Welcome to the Myron family of personalized business gifts. For more than 40 years we have specialized in providing new and exciting gifts you'll be proud to present to your customers.

A business gift from Myron is designed to keep your company's name and sales message in front of your customers all year long. And when you order from us you order with confidence. We continue to give the best guarantee in the business: if you're not 100% satisfied, return your order for a full refund. No questions asked. Guaranteed.

This year, we believe our collection is better than ever with a complete range of pocket and desk calendars. Among our great selection of pens is our first-ever rollerball pen, the Bentley on page 10, and a brand-new group of personalized gift ideas offered for the first time on pages 14 and 15. You'll be proud to add your name to these and all our quality products.

Quality products and affordable prices! That's the Myron way. And we're here to personally assure your complete satisfaction.

We look forward to helping you build your business.

*Mike, Elaine, Jim & Marie*

©1995 Myron Manufacturing Corp.

*Our best-selling Pocket Pal Road Atlas is an unbeatable combination your customers will love – an appointment calendar and full-color 16-page road atlas in one. The size is a convenient 3½"x 6". Each is bound in richly-textured covers in many styles – one that is just right for your company and your advertising message.*



Lustrous gold edges give the look and feel of much more expensive appointment calendars.

**100% SATISFACTION GUARANTEED**

### A. Original
The appointment calendar that bears the unmistakable Myron hallmark of quality – a standard of excellence we have maintained for years. An affordable way to make a big impression with your message stamped in gold.
**Black Crush** ............... #502AD90

| 500 | 250 | 100 | 50 (min) |
|---|---|---|---|
| $1.87 | $2.02 | $2.19 | $2.50 |

### B. Teamwork
"Together We Achieve The Extraordinary" is stamped in gold on the richly grained cover. This handsome calendar with goldtone corners features two climbers set against a gray sky. Just add your message stamped in gold.
**Black Crush** ............... #53GAD90

| 500 | 250 | 100 | 50 (min) |
|---|---|---|---|
| $2.11 | $2.25 | $2.47 | $2.81 |

Caillat Decl., Ex. 3
Page 2 of 2

# EXHIBIT 3



MYRON 0175

CONFIDENTIAL

Caillat Decl., Ex. 3
Page 1 of 7



MYRON 0176

Caillat Decl., Ex. 3
Page 2 of 7



MYRON 0177

Caillat Decl., Ex. 3
Page 3 of 7





MYRON 0179

CONFIDENTIAL



MYRON 0180

CONFIDENTIAL

Caillat Decl., Ex. 3
Page 6 of 7



MYRON 0181

CONFIDENTIAL

# EXHIBIT 4



# Teamwork Pays Off with higher company morale, increased productivity and Better Business For You!



Whether it's climbing a mountain or building a business, teamwork makes everyone a winner. Our new Teamwork Pocket Pal™ Diaries with Atlas inspire the spirit of "Together we achieve the extraordinary." Everyone will appreciate the handsome new designs and the time-tested convenience of popular weekly diaries.

**A. ★NEW! Teamwork Crew**
When everyone pulls together, your business will cross the finish line in first place. The crew team on our Pocket Pal™ Diary delivers the spirit of teamwork along with your name and company message stamped in gold. Gilt-edged pages and goldtone corners. **#5D4AD40**

| 50(min) | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $2.99 | $2.57 | $2.33 | $2.17 | $2.03 |

**B. ★NEW! Teamwork Peak**
Our mountain climbers inspire customers to join your team and reach new heights. Your company name in gold on the cover makes the message personal. Gilt-edged pages and goldtone corners. **#5D3AD40**

| 50(min) | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $2.99 | $2.57 | $2.33 | $2.17 | $2.03 |

**C. ★NEW! Partnership Cyclists**
Whether it's the *Tour de France* or a ride around the block, cycling expresses people working together. It will be that way too, when you give the Cyclist Pocket Pal™ Diary with your name on the front cover. Goldtone corners, gilt-edged pages.
Partnership Cyclists . . . . . . . . . . **#5D7AD40**
Teamwork Cyclists . . . . . . . . . . . **#5K2AD40**

| 50(min) | 100 | 250 | 500 | 1000 |
|---|---|---|---|---|
| $2.99 | $2.57 | $2.33 | $2.17 | $2.03 |

**★NEW! Teamwork Cyclists** Cycling is teamwork, too. That's why we've created a Teamwork version of our new Partnership Pocket Pal™ Diary Atlas.

**IMPRINT INFORMATION.** Prices stated are per calendar cost and include your imprint in gold – maximum 4 lines, 30 characters per line. Add $5.95 machine set-up charge. Shipping charges additional F.O.B. NJ factory. Special quotation for quantities over 1000. Logos available at one-time die charge of $26.50.

6     **100% SATISFACTION GUARANTEED**     Caillat Decl., Ex. 4
Page 2 of 2

# EXHIBIT 5



Caillat Decl., Ex. 5
Page 1 of 1