# EXHIBIT
# 6



MYRON 0002

Caillat Decl., Ex. 6
Page 1 of 29



MYRON 0003

Caillat Decl., Ex. 6
Page 2 of 29



MYRON 0005



MYRON 0006



MYRON 0007



MYRON 0008





MYRON 0010



MYRON 0011

Caillat Decl., Ex. 6
Page 9 of 29



MYRON 0012



MYRON 0013

Caillat Decl., Ex. 6
Page 11 of 29



2008

TEAMWORK

Together we achieve the extraordinary

To Order Call MYRON
at 800-526-9766
TEAMWORK PEAK 400
ATLAS DUO
Style #5Z369-90

MYRON 0015





MYRON 0019

Caillat Decl., Ex. 6
Page 14 of 29



MYRON 0020

Caillat Decl., Ex. 6
Page 15 of 29



MYRON 0021



MYRON 0022

Caillat Decl., Ex. 6
Page 17 of 29



MYRON 0023



MYRON 0024

Caillat Decl., Ex. 6
Page 19 of 29



MYRON 0025

Caillat Decl., Ex. 6
Page 20 of 29



MYRON 0026

Caillat Decl., Ex. 6
Page 21 of 29



2008

TEAMW

Together we achieve the

To Order Call MYRON
at 800-526-9766
TEAMWORK PEAK 200
BLUE MOUNTAIN MANAGER DATE LOG
Style #5Z537-53

MYRON 0027



To Order Call MYRON
at 800-526-9766
TEAMWORK 200 BLUE MOUNTAIN
JOT-N-ERASE
Style 5Z538-53B

MYRON 0028

Caillat Decl., Ex. 6
Page 23 of 29



MYRON 0029

Caillat Decl., Ex. 6
Page 24 of 29



MYRON 0030

Caillat Decl., Ex. 6
Page 25 of 29









MYRON 0034

Caillat Decl., Ex. 6
Page 29 of 29