# EXHIBIT
# 7



MYRON 0165

Caillat Decl., Ex. 7
Page 1 of 9

MYRON
205 Maywood Avenue
Maywood, New Jersey 07607
Phone: 1-800-537-2619
Fax: 1-800-763-7043
www.myron.com

July 2004

*Limited Time Only*
*One LOW Price*
*$1.79 Each!*

10.2 3

Barbara De Guzman
205 Maywood Avenue
Maywood, NJ 07607-1007

Good Morning,

Surprised to see the Barbara De Guzman name on the enclosed 2 in 1 Teamwork Peak 200 Blue Mountains Diary sample? Looks impressive, doesn't it!

Sized to fit any pocket, this indispensable companion features a week-in-view calendar and a handy 16-page, full-color U.S. road atlas. The stylish black crush cover includes a built-in sleeve to hold the matching slim-profile ballpoint pen with convenient one-handed plunger action.

As your customers, prospects, employees and associates record appointments, jot down frequently called numbers or check the atlas, your company's name and address, *imprinted in gold*, will be seen time and time again, and your commitment to teamwork will be reinforced every day.

**A New Diary With Full-Color Atlas At Breakthrough Prices!**

Order now and you will get this great advertising tool at ONE LOW PRICE OF JUST $1.79 PER DIARY FOR ANY QUANTITY SHOWN! And when your order is received within the next 30 days, I'll include a Bonus ...

**A Free Teamwork Peak Gift Box With Every Diary You Order!**

Everything you purchase from Myron is backed by my unconditional guarantee - you must be totally satisfied or your money back. Don't miss this special opportunity to keep in touch with customers 365 days a year - at introductory savings. Order today.

Cordially,

Mike Adler

Mike Adler
Owner/Founder

P.S. This offer is limited to new customers and expires in 30 days, so act now!

## Order Now – Pay ONE Low Price ... Just $1.79 each!

☑ OKAY MIKE! HERE'S MY ORDER!

**1. 2 in 1 Teamwork Peak 200 Blue Mountains Diary #62215408**

| | ☐ 50 min. | ☐ 100 | ☐ 250 | ☐ 500 | ☐ 1,000 |
|---|---|---|---|---|---|
| Regular Price | $3.54 | $2.89 | $2.72 | $2.47 | $2.39 |
| Special Price | $1.79 ea. | $1.79 ea. | $1.79 ea. | $1.79 ea. | $1.79 ea. |

**2. Select one imprint option: (a, b or c)**
There is no $5.95 minimum set up charge for all imprint orders.

(a). ☐ Imprint per enclosed sample: (as shown below)

Compliments of
BARBARA DE GUZMAN
Maywood, NJ 07607

(b). ☐ Change my imprint to: (Please print or type clearly.)
Four line imprint space. 21 characters per line including spaces.

1. _____
  If "Compliments of" is desired please write in on line 1 above.

2. _____

3. _____

4. _____
  Most customers use this line of imprint for e-mail, website or phone number.

(c). ☐ No imprint desired.

☐ Use my logo for an imprint
  $25.00 one-time charge for custom logo, lettering or special characters;
  include black and white artwork, no shading, photocopies or faxes.

☑ FREE GIFT: Teamwork Peak Gift Box # PBL5203

**3. Method of Payment:** Shipping and handling additional. FOB NJ

☐ Check Enclosed   ☐ Bill Account (net 30 days to OAE, read below)
☐ VISA   ☐ American Express   ☐ MasterCard   ☐ Discover

Card Number _____   Expiration Date _____

Signature _____ (All orders must be signed)   Date _____

Title _____   E-Mail _____

Telephone _____   *Fax _____
*Fax number required to send you a FREE paper proof of your order.

QSN#: P171898737
Barbara De Guzman
205 Maywood Avenue
Maywood, NJ 07607-1007

TO ORDER BY PHONE, CALL 1-800-537-2619 OR FAX 1-800-763-7043
MYRON, 205 Maywood Avenue, Maywood, New Jersey 07607
We are not responsible for typographic errors that may appear in this print. This offer is subject to modification or withdrawal without prior notice.

MYRON 0166

Caillat Decl., Ex. 7
Page 2 of 9

MYRON
205 Maywood Avenue
Maywood, New Jersey 07607
Phone: 1-800-526-9766
Fax: 1-800-646-1443
www.myron.com



June 2004

25% Off
Our Regular
Low Price!

2
MR. TERRY FLYNN
205 MAYWOOD AVENUE
MAYWOOD, NJ 07607

Dear Mr. Flynn,

Here's a great opportunity to get priority handling on
reordering your Teamwork Peak 500 Diaries for the year
2005 – the same calendars that worked so well for you last
year.

Customized calendars will advertise your
company every day, all year long!

These handsome calendars customized with your imprint in
rich gold foil are a great way to show mutual appreciation
and build confidence.

Order Now – Get 25% Off and receive a FREE GIFT!

Order your 2005 calendars now, and we'll send them to you
at 25% OFF LAST Fall's Low Regular Prices. Plus, to thank
you for your business, a Silver Plated Picture Frame is
yours FREE if your order is received by August 2, 2004.

Cordially,

Mike Adler
Owner/Founder

P.S.  As you know, everything you order from Myron is
covered by our unconditional money-back guarantee, even
if it's imprinted.



SAVE 25% OFF OUR REGULAR PRICES!

☑ OKAY MIKE! I'D LIKE TO REORDER THE
Teamwork Peak 500 Diary #503AD

1. Check Quantity:  (prices are per piece)
☐ 100  ☐ 125  ☐ 150  ☐ 175  ☐ 200
Regular Price  $2.98  $2.94  $2.88  $2.86  $2.82
Discount Price  $2.24 ea.  $2.20 ea.  $2.16 ea.  $2.15 ea.  $2.11 ea.

2. Select one imprint option:  (a, b or c)
There is an $8.95 machine set up charge for all imprinted orders.
(a). ☐ Use my previous imprint: (as shown below)
   NO IMPRINT WAS ORDERED.

(b). ☐ Change my imprint to:  (Please print or type clearly.)
   Four line imprint approx.   50 characters per line including spaces.
1. _____
   If "Compliments of" is desired please write in on line 1 above.
2. _____
3. _____
4. _____
   Note: Most customers use the last line of imprint for their phone number.
(c). ☐ No imprint desired.

☑ FREE GIFT: Silver Plated Picture Frame # 0106100
Gift shipped separately.

3. Method of Payment: Shipping and handling additional.  FOB NJ Factory.
☐ Check Enclosed  ☐ Bill Account (net 30 days to D&B rated firms)
☐ VISA  ☐ American Express  ☐ MasterCard

Card Number                              Expiration Date

Signature        (All orders must be signed)        Date

Title                        E-Mail

Telephone                    *Fax
*Fax number required to send you a FREE paper proof of your order.

GSN#: C1944F1399

MR. TERRY FLYNN
205 MAYWOOD AVENUE
MAYWOOD, NJ 07607
Cannot ship to P.O. Box. USA street address required, make corrections above.

MYRON  0167

TO ORDER BY PHONE, CALL 1-800-526-9766 OR FAX 1-800-646-1443
MYRON, 205 Maywood Avenue, Maywood, New Jersey 07607
Myron is not responsible for typographical errors. This offer is subject to modification or withdrawal at any time without prior notice.

Caillat Decl., Ex. 7
Page 3 of 9

MYRON
205 Maywood Avenue
Maywood, New Jersey 07607
Phone: 1-800-537-2679
Fax: 1-800-753-7043
www.myron.com

**Myron**

July 2006

*Limited Time Only*
*One LOW Price*
*$1.79 Each!*

Marie Kuhlenkamp
205 Maywood Avenue
Maywood, NJ 07607-1007

Good Morning,

Surprised to see the Marie Kuhlenkamp name on the enclosed 2 in 1 Teamwork Burgundy Mountains Diary sample? Looks impressive, doesn't it?

Sized to fit any pocket, this indispensable companion features a week-in-view calendar and a handy 16-page, full-color U.S. road atlas. The stylish black crush cover includes a built-in sleeve to hold the matching slim-profile ballpoint pen with convenient one-handed plunger action.

As your customers, prospects, employees and associates record appointments, jot down frequently called numbers or check the atlas, your company's name and address, *imprinted in gold*, will be seen time and time again, and your commitment to teamwork will be reinforced every day.

**A New Diary With Full-Color Atlas At Breakthrough Prices!**

Order now and you will get this great advertising tool at **ONE LOW PRICE OF JUST $1.79 PER DIARY FOR ANY QUANTITY SHOWN!** And when your order is received within the next 30 days, I'll include a *Bonus*.

**A Free Teamwork Peek Gift Box With Every Diary You Order!**

Everything you purchase from Myron is backed by my unconditional guarantee -- you must be totally satisfied or your money back. Don't miss this special opportunity to keep in touch with customers 365 days a year - at introductory savings. Order today.

Cordially,

*Mike Adler*

Mike Adler
Owner/Founder

P.S. This offer is limited to new customers and expires in 30 days, so act now!

**Order Now – Pay ONE Low Price ... Just $1.79 each!**

OKAY MIKE! HERE'S MY ORDER!

1. 2 in 1 Teamwork Burgundy Mountains Diary #SZ42160B

☑ **FREE GIFT: Teamwork Peek Gift Box # PSL9993**

3. **Method of Payment:** Shipping and handling additional. FOB NJ Factory.
☐ Check Enclosed  ☐ Bill Account (net 30 days to D&B rated firms)
☐ VISA  ☐ American Express  ☐ MasterCard  ☐ Discover

2. Select one imprint option: (a, b or c)

(a) ☐ Imprint per enclosed sample (as shown below)

Compliments of
MARIE KUHLENKAMP
Maywood, NJ 07607

(b) ☐ Change my imprint to: (Please print or type clearly.)

(c) ☐ No imprint desired.
☐ Use my logo for an imprint

Q&N#: P54515994

Marie Kuhlenkamp
205 Maywood Avenue
Maywood, NJ 07607-1007

**TO ORDER BY PHONE, CALL 1-800-537-2679 OR FAX 1-800-753-7043**
**MYRON, 205 Maywood Avenue, Maywood, New Jersey 07607**

MYRON 0168

MYRON
205 Maywood Avenue
Maywood, New Jersey 07607
Phone: 1-800-526-0766
Fax: 1-800-446-1443
www.myron.com

# Myron

March 2004

## 25% OFF
### REGULAR PRICE!



10.5 A

MR. TERRY FLYNN
205 MAYWOOD AVENUE
MAYWOOD, NJ 07607

Dear Mr. Flynn,

Smart business people like you recognize that it's easier to retain a current customer than it is to attract a new one. And quite often, it's the personal touch that sets you apart from the competition.

Right now, your customers and associates are enjoying your gift of Myron Pocket Diaries. Throughout the next 12 months, they'll be reminded of your generosity as they make appointments, check schedules, and stay organized over the course of the busy workweek. Now it's time to turn your attention to the next gift-giving season.

#### New 2005 Pocket Diary Design with Full-Color Atlas

Take our NEW 2 in 1 Teamwork Peak 300 Diary. This distinct organizer includes a week-in-view calendar and 16-page full-color U.S. road atlas. The handsome brown textured cover, housing our best-selling Teamwork theme, includes a built-in sleeve to hold the matching slim-profile ballpoint pen with convenient one-handed plunger action. Plus we'll imprint your four-line message on the cover in gold foil – FREE!

#### Exclusive Early-Bird Offer for Myron Preferred Customers

Order the year 2005 2 in 1 Teamwork Peak 300 Diary now and receive these great benefits:

* 25% OFF our Regular Price
* Shipment of your diaries at your convenience
* No payments until after your order has been shipped
* FREE GIFT
* FREE four-line custom imprint
* 100% satisfaction guaranteed

Don't wait! This limited time offer will expire within 30 days.

Best regards,

Mike Adler

Mike Adler, Owner/Founder

---

## 25% OFF REGULAR PRICE!

☑ OKAY MIKE! HERE'S MY ORDER!

1. 2 in 1 Teamwork Peak 300 Diary #S2230068

☑ FREE GIFT: AM/FM Clock Radio-Translucent # 0196500
Gift shipped separately.

3. Method of Payment: Shipping and handling additional. FOB NJ Factory.

☐ Check Enclosed   ☐ Bill Account (not 30 days to 043 rated items)
☐ VISA   ☐ American Express   ☐ MasterCard   ☐ Discover

TO ORDER BY PHONE, CALL 1-800-526-0766 OR FAX 1-800-446-1443
MYRON, 205 Maywood Avenue, Maywood, New Jersey 07607

MYRON 0169

Caillat Decl., Ex. 7
Page 5 of 9

**MYRON**
205 Maywood Avenue
Maywood, New Jersey 07607
Phone: 1-800-537-2819
Fax: 1-800-753-7043
www.myron.com

**Myron**

July 2004

*Limited Time Only*
*One LOW Price*
*$1.79 Each!*

** 3-DIGIT 076
66.12  3
Barbara De Guzman
205 Maywood Avenue
Maywood, NJ 07607-1007

Good Morning,

Surprised to see the Barbara De Guzman name on the enclosed Teamwork Peak 500 Diary sample?
Looks impressive, doesn't it!

This distinctive diary is loaded with features – a convenient weekly format, useful information section,
full-color road atlas, gold gilt-edged pages and gold-tone corners. The handsome black crush cover
features our best selling Teamwork design of "TEAMWORK Together we achieve the extraordinary™"
with an image of two mountain climbers reaching the top.

As your customers, prospects, employees and associates record appointments, jot down frequently
called numbers or check the atlas, your company's name and address, imprinted in gold, will be
seen time and time again, and your commitment to teamwork will be reinforced every day.

### A New Diary With Full-Color Atlas At Breakthrough Prices!

Order now and you will get this great advertising tool at ONE LOW PRICE OF JUST $1.79 PER
DIARY FOR ANY QUANTITY SHOWN! And when your order is received within the next 30 days, I'll
include a Bonus ...

### A Free Teamwork Peak Gift Box With Every Diary You Order!

Everything you purchase from Myron is backed by my unconditional guarantee - you must be totally
satisfied or your money back. Don't miss this special opportunity to keep in touch with customers 365
days a year – at introductory savings. Order today.

Cordially,

Mike Adler
Mike Adler
Owner/Founder

P.S.  This offer is limited to new customers and expires in 30 days, so act now!

## Order Now – Pay ONE Low Price ... Just $1.79 each!

☑ OKAY MIKE! HERE'S MY ORDER!

**1. Teamwork Peak 500 Diary 8503AD46**

☑ FREE GIFT: Teamwork Peak Gift Box # PGL0203

☐ 50 min ☐ 100    ☐ 250    ☐ 500    ☐ 1,000

Regular Price    $0.54    $2.30    $2.79    $2.57    $2.30
Special Price    $1.79 ea.    $1.79 ea.    $1.79 ea.    $1.79 ea.    $1.79 ea.

**2. Select one imprint option: (a, b or c)**

(a). ☐ Imprint per enclosed sample: (as shown below)

Compliments of
BARBARA DE GUZMAN
Maywood, NJ 07607

(b). ☐ Change my imprint to:   (Please print or type clearly.)

1. _____
2. _____
3. _____
4. _____

(c). ☐ No imprint desired.
☐ Use my logo for an imprint

**3. Method of Payment:**

☐ Check Enclosed    ☐ Bill Account
☐ VISA    ☐ American Express    ☐ MasterCard    ☐ Discover

Card Number _____    Expiration Date _____

Signature _____    (All orders must be signed)    Date _____

Title _____    E-Mail _____

Telephone _____    Fax _____

Q&M#: P115954208
Barbara De Guzman
205 Maywood Avenue
Maywood, NJ 07607-1007

TO ORDER BY PHONE, CALL 1-800-537-2819 OR FAX 1-800-753-7043
MYRON, 205 Maywood Avenue, Maywood, New Jersey 07607

MYRON  0170

MYRON
265 Maywood Avenue
Maywood, New Jersey 07607
Phone: 1-800-526-9766
Fax: 1-800-648-1443

**Myron**

March 2004

MR. TERRY FLYNN
205 MAYWOOD AVENUE
MAYWOOD, NJ 07607




Dear Mr. Flynn,

The business gift you select says a great deal about you. So this year, impress your customers and associates with a business gift which speaks volumes about your sense of quality and style - Myron's Sutton Teamwork Sport Set.

Sized to fit any pocket, this indispensable companion features a week-at-view calendar and a handy 16-page, full color U.S. road atlas. The stylish black cover with elegant accentline look spine boasts our best-selling Teamwork theme and includes a handy loop to hold the mini ballpoint pen.

As your customers, prospects, employees and associates record appointments, jot down frequently called numbers or check the atlas, your company's name and address, imprinted in gold will be seen time and time again, and your commitment to excellence will be reinforced every day.

But the most important feature of the Sutton Teamwork Sport Set is its price. We've made this handsome gift affordable so you can give it to everyone on your business gift list – while staying within your promotional budget!

Place your order for the Sutton Teamwork Sport Set now and I'll send you a FREE Gift as my "Thanks" for your order. Don't miss this opportunity to put your name on this "business builder".

Cordially,

*Mike Adler*

Mike Adler
Owner/Founder

P.S. Order the Sutton Teamwork Sport Set today to put this quality gift in your customers' hands. You'll build goodwill for your business that will last throughout the coming year.

---

☑ OKAY MIKE! HERE'S MY ORDER!

1. Select Product: (a or b)
   (a). Sutton Teamwork Sport Set #62280438
   ☐ 50(min.) ☐ 100 ☐ 250 ☐ 500 ☐ 1,000
   $3.75 ea   $3.32 ea   $2.99 ea   $2.79 ea   $2.57 ea
   (b). I'd rather reorder: Teamwork Pack 500 Diaries #603AD
   ☐ 2,000 @ $2.32 ea ☐ 2,500 @ $2.19 ea ☐ 3,000 @ $2.15 ea

2. Select one imprint option: (a, b or c)
   There is an $5.95 machine set up charge for all imprinted orders.
   (a). ☐ Imprint per enclosed sample: (as shown below)
        Compliments of
        TERRY FLYNN
        MAYWOOD, NJ 07607

   (b). ☐ Change my imprint to: (Please print or type clearly.)
   Sample turn imprint is 4 lines, approx. 25 characters per line including spaces.
   Reorder item imprint is 4 lines, approx. 30 characters per line including spaces.

   1 _____
   2 _____
   3 _____
   4 _____
   Most customers use this line of imprint for e-mail, website or phone number

   (c). ☐ No imprint desired.
   ☐ Use my logo for an imprint.
   $29.50 one-time charge for custom logo, lettering or special characters;
   include black and white artwork, no sketches, photocopies or faxes.
   ☐ Use logo/file from previous order.

☑ FREE GIFT: Silver Plated Picture Frame # 6106160
Gift shipped separately.

3. Method of Payment: Shipping and handling additional. FOB NJ Factory.
   ☐ Check Enclosed ☐ Bill Account (net 30 days in CAS record time)
   ☐ VISA ☐ American Express ☐ MasterCard ☐ Discover

   Card Number _____
   Expiration Date _____

   Signature _____ (All orders must be signed) Date _____

   Title _____ E-Mail _____

   Telephone _____ Fax _____
   (For number required to send you a FREE paper proof of your order)

   QSN#: C974214926
   MR. TERRY FLYNN
   205 MAYWOOD AVENUE
   MAYWOOD, NJ 07607

TO ORDER BY PHONE, CALL 1-800-526-9766 OR FAX 1-800-648-1443
MYRON, 205 Maywood Avenue, Maywood, New Jersey 07607
Myron is not responsible for typographic errors that may appear in this letter. This offer is subject to specification or withdrawal without prior notice.

Caillat Decl., Ex. 7
Page 7 of 9

MYRON
205 Maywood Avenue
Maywood, New Jersey 07607
Phone. 1-800-526-9766
Fax: 1-800-648-1443
www.myron.com



August 2004

**Limited Time Only**
**One LOW Price**
**$2.39 Each!**



$6.3  3
MR. TERRY FLYNN
205 MAYWOOD AVENUE
MAYWOOD, NJ 07607

Dear Mr. Flynn,

You have chosen Myron business gifts featuring our popular Teamwork theme in the past, so we invite
you to continue building your team – and your business – with our latest eye-catching, functional, and
affordable addition to the line.

### Get that all-important message into your customers' hands!

The Teamwork Peak Compac Note Pad/Pen you are holding is a great way to express thanks, reward
loyalty, or to remind customers and prospects you're there for them. Sized to fit any pocket, this
indispensable little helper features perforated lined pages plus a compact ballpoint pen with stylish
gold accents that clips into the binding for jotting down quick notes on the go. But the best feature of
this diary is the way it enables you to send a big message: we can imprint 4 lines with up to 24
characters per line. What better way to keep TERRY FLYNN in the hands of those who need your goods
and services!

### One low price of just $2.39!

Order your Teamwork Peak Compac Note Pad/Pen within 30 days, and I'll extend ONE LOW PRICE
OF JUST $2.39 PER NOTEPAD for any quantity of 50 or more. As always, your satisfaction is 100%
guaranteed.

Cordially,

*Mike Adler*

Mike Adler
Owner/Founder

P.S.    Act now, and I'll include a FREE GIFT with your order! Please don't delay!

---

## Order Now – Pay ONE Low Price … Just $2.39 each!

☑ OKAY MIKE! HERE'S MY ORDER!

1. Teamwork Peak Compac Note Pad/Pen #LAB89468
   ☐ 50(min.) ☐ 100   ☐ 250   ☐ 500
   Regular Price   $3.28   $2.88   $2.88   $2.87
   Special Price   $2.39 ea.   $2.39 ea.   $2.39 ea.   $2.39 ea.

2. Select one imprint option:  (a, b or c)
   There is an $5.00 machine set up charge for all imprinted orders.

   (a). ☐ Imprint per enclosed sample: (as shown below)
   Compliments of
   TERRY FLYNN
   MAYWOOD, NJ 07607

   (b). ☐ Change my imprint to: (Please type or type clearly.)
   Four line imprint option. 24 characters per line including spaces.

   1. _____
   If "Compliments of" is desired please write it on line 1 above
   2. _____
   3. _____
   4. _____
   Most customers use one line of imprint for e-mail, website or phone number

   (c). ☐ No imprint desired.
   ☐ Use my logo for an imprint
   $20.00 one-time charge for custom logo, lettering or special characters.
   Include black and white artwork, no shading, photocopies or faxes.
   ☐ Use logo/die from previous order.

☑ FREE GIFT: Luggage On Wheels # 0139808
   Gift shipped separately.

3. Method of Payment: Shipping and handling additional. FOB NJ Factory
   ☐ Check Enclosed  ☐ Bill Account (net 30 days to D&B rated firms)
   ☐ VISA  ☐ American Express  ☐ MasterCard  ☐ Discover

   Card Number _____
                              Expiration Date _____

   Signature _____ (All orders must be signed) ____ Date ____

   Title _____  E-Mail _____

   Telephone _____  Fax _____
   *Fax number required to send you a FREE proof of your order.

   QSNF: C244055918
   MR. TERRY FLYNN
   205 MAYWOOD AVENUE
   MAYWOOD, NJ 07607
   Cannot ship to P.O. Box, USA street address required, make corrections above

TO ORDER BY PHONE, CALL 1-800-526-9766 OR FAX 1-800-648-1443
MYRON, 205 Maywood Avenue, Maywood, New Jersey 07607
We are not responsible for typographic errors that may appear in this letter. This offer is subject to modification or withdrawal without prior notice.

MYRON 0172

Caillat Decl., Ex. 7
Page 8 of 9



MYRON
205 Maywood Avenue
Maywood, New Jersey 07607
Phone: 1-800-526-0766
Fax: 1-800-646-1443
www.myron.com

May 2004

MR. TERRY FLYNN
205 MAYWOOD AVENUE
MAYWOOD, NJ 07607

Dear Mr. Flynn,

When you selected our distinctive calendars to convey your holiday best wishes last year, you confirmed that TERRY FLYNN appreciates exceptional value and quality. That's why we would like to invite you to order the Teamwork Peak 200 Wiro Diary now and build customer loyalty.

**A 'win-win' gift for your customers - and your company**

The Teamwork Peak 200 Wiro Diary is one holiday gift they'll appreciate and use every day. Sized to fit any pocket, this indispensable companion features a weekly view calendar and a handy 16-page, full-color U.S. road atlas. The stylish black crush cover features our best-selling Teamwork Peak design, and the new ring binding lets the diary lie flat when open for easy writing. Plus we'll imprint your four-line message on the cover in gold - FREE!

When you consider how much exposure you stand to gain over your competitors because your customers always have your name and phone number handy, you can appreciate why this is one business gift that keeps paying healthy dividends on your surprisingly modest investment!

I urge you to take 60 seconds now -- and choose a gift that will last 365 days! I look forward to receiving your order.

Sincerely,

Mike Adler
Owner/Founder

☑ OKAY MIKE! HERE'S MY ORDER!

1. Select Product: (a or b)
(a). Teamwork Peak 200 Wiro Diary #SZ10240
☐ 50 ☐ 100 ☐ 250 ☐ 500 ☐ 1,000
$3.75 ea $3.32 ea $2.99 ea $2.79 ea $2.57 ea
(b). I'd rather reorder: Teamwork Peak 500 Diaries #6D3AD
☐ 2,000 @ $2.32 ea ☐ 2,500 @ $2.19 ea ☐ 3,000 @ $2.15 ea

2. Select one imprint option: (a, b or c)
There is an $8.95 machine set-up charge for all imprinted orders
(a). ☐ Imprint per enclosed sample: (as shown below)
Compliments of
TERRY FLYNN
MAYWOOD, NJ 07607

(b). ☐ Change my imprint to: (Please print or type clearly.)

1.

2.

3.

4.

(c). ☐ No imprint desired.
☐ Use my logo for an imprint
☐ Use logofile from previous order.

☑ FREE GIFT: AM/FM Shower Radio # 048600
Gift shipped separately

3. Method of Payment:
☐ Check Enclosed ☐ Bill Account
☐ VISA ☐ American Express ☐ MasterCard ☐ Discover

Card Number

Signature (All orders must be signed)

Title    E-Mail

Telephone    Fax

QSN#: C60415932
MR. TERRY FLYNN
205 MAYWOOD AVENUE
MAYWOOD, NJ 07607

TO ORDER BY PHONE, CALL 1-800-526-0766 OR FAX 1-808-646-1443
MYRON, 205 Maywood Avenue, Maywood, New Jersey 07607

MYRON  0173

Caillat Decl., Ex. 7
Page 9 of 9

# EXHIBIT

# 8

CONFIDENTIAL

| TW Ad Spend | Yr | | | | | |
|---|---|---|---|---|---|---|
| Buyer | 2002 | 2003 | 2004 | 2005 | 2006 | Grand Total |
| Customer | $118,186 | $327,129 | $565,305 | $997,963 | $588,513 | $2,597,097 |
| Prospect | $3,238,833 | $2,665,020 | $4,507,690 | $4,397,156 | $1,914,151 | $16,722,849 |
| Grand Total | $3,357,019 | $2,992,149 | $5,072,995 | $5,395,119 | $2,502,664 | $19,319,947 |

Catalog Costs

$153,050

MYRON 0174

Caillat Decl., Ex. 8
Page 1 of 1

# EXHIBIT
# 9



# EXHIBIT
# 10



MYRON 0214    Caillat Decl., Ex. 10
Page 1 of 2



## Achieve Teamwork Pocket Planners
**Sizes:** 3-5/8"W x 6-3/8"H (closed)
**Imprint Color:** Gold
**Imprint Area:** 2-7/8"W x 1-1/4"H, up to five lines
**Plate Charge:** $9.95
**Custom Logo:** $29.95

### Achieve Teamwork Pocket Planner

| Quantity | #41095 Weekly | #41096 Monthly | "2 for 1" Offer |
|---|---|---|---|
| 2,500 | $2.79 ea. | $2.39 | Plus 2,500 FREE! |
| 1,000 | $2.89 ea. | $2.49 | Plus 1,000 FREE! |
| 500 | $2.99 ea. | $2.59 | Plus 500 FREE! |
| 250 | $3.09 ea. | $2.79 | Plus 250 FREE! |
| 100 | $3.19 ea. | $2.89 | Plus 100 FREE! |
| 50 | $3.29 ea. | $2.98 | Plus 50 FREE! |

### Achieve Teamwork Duet Pocket Planner

| Quantity | #41091 Weekly | #41092 Monthly | "2 For 1" Offer |
|---|---|---|---|
| 2,500 | $2.99 ea. | $2.69 | Plus 2,500 FREE! |
| 1,000 | $3.09 ea. | $2.79 | Plus 1,000 FREE! |
| 500 | $3.29 ea. | $2.89 | Plus 500 FREE! |
| 250 | $3.39 ea. | $3.09 | Plus 250 FREE! |
| 100 | $3.49 ea. | $3.19 | Plus 100 FREE! |
| 50 | $3.59 ea. | $3.29 | Plus 50 FREE! |



## United Teamwork Pocket Planners
**Size:** 3-5/8"W x 6-3/8"H (closed)
**Imprint Color:** Gold
**Imprint Area:** 2-7/8"W x 1-1/4"H, up to five lines
**Plate Charge:** $9.95
**Custom Logo:** $29.95

### United Teamwork Pocket Planner

| Quantity | #40921 Weekly | #40924 Monthly | "2 For 1" Offer |
|---|---|---|---|
| 2,500 | $2.70 ea. | $2.38 | Plus 2,500 FREE! |
| 1,000 | $2.89 ea. | $2.49 | Plus 1,000 FREE! |
| 500 | $2.99 ea. | $2.59 | Plus 500 FREE! |
| 250 | $3.09 ea. | $2.79 | Plus 250 FREE! |
| 100 | $3.19 ea. | $2.89 | Plus 100 FREE! |
| 50 | $3.29 ea. | $2.99 | Plus 50 FREE! |

### United Teamwork Duet Pocket Planner

| Quantity | #40922 Weekly | #40925 Monthly | "2 For 1" Offer |
|---|---|---|---|
| 2,500 | $2.99 ea. | $2.69 | Plus 2,500 FREE! |
| 1,000 | $3.09 ea. | $2.79 | Plus 1,000 FREE! |
| 500 | $3.29 ea. | $2.89 | Plus 500 FREE! |
| 250 | $3.39 ea. | $3.09 | Plus 250 FREE! |
| 100 | $3.49 ea. | $3.19 | Plus 100 FREE! |
| 50 | $3.59 ea. | $3.29 | Plus 50 FREE! |

MYRON  0215

Online: www.AmsterdamPrinting.com

Caillat Decl., Ex. 10
Page 2 of 2