**EXHIBIT E**



| MOVIES | MUSIC | SPORTS | COLLEGE | VINTAGE | PHOTOGRAPHY | FINE ART | BEST SELLERS |

Top
 └ Motivational
**Browse Motivational:**
⊞ Sports Motivational
 • Motivational Magnets
 • Teamwork

**Motivational Specia...**
 • Motivational Calendars
 • Motivational Magnets
 • Motivational Tin Signs

**Motivational & Insp...**
 • Achievement
 • Action
 • Adapt
 • Adventure
 • Adversity
 • Ambition
 • Aspire
 • Assurance
 • Attitude
 • Authority
 • Beauty
 • Believe
 • Best
 • Breakaway
 • Caring
 • Celebration
 • Challenge
 • Champion
 • Change
 • Character
 • Command
 • Commitment
 • Communication
 • Confidence
 • Consistency
 • Contemplation
 • Courage
 • Creativity
 • Dare
 • Dedication
 • Desire
 • Destiny
 • Determination
 • Diligence
 • Direction
 • Discipline
 • Discovery
 • Diversity
 • Dream
 • Drive
 • Education
 • Effort
 • Elegance
 • Encouragement
 • Enlightenment
 • Evolve
 • Excel
 • Excellence
 • Explore
 • Failure
 • Fairness
 • Faith
⊞ Family & Friends In...
 • Focus
 • Forgive
 • Fortitude
 • Freedom
 • Friendship
 • Fulfillment
 • Give
 • Goals
 • Gratitude
 • Greatness
 • Group Effort
 • Growth
 • Guidance
 • Happiness
 • Harmony
 • Honesty
 • Honor
 • Hope
 • Imagination
 • Individuality
 • Ingenuity
 • Initiative
 • Innovation
 • Insight
 • Inspire
 • Integrity
 • Joy
 • Kindness
 • Leadership
 • Love



zoom

You can succeed best and quickest by helping others to succeed.

<< Previous   Browse Items in **Motivational**   Next >>



**Buy Framed Art and Save!**
 ■ Recommended by our Professional Art Designers
 ■ Expert Framing at the Lowest Price, Guaranteed



**Frame:** Box Stem (3/4")
**Top Mat:** Polar White
**Finished Size:** 29 x 35 in
**Our Price:** $129.99
ⓘ See Larger Image



**Frame:** Box Stem (3/4")
**Finished Size:** 23 x 29 in
**Our Price:** $74.99
ⓘ See Larger Image

**Recommendations**



**Teamwork: Skydivers II**
Item #: 113376
Art Print
28 x 22 in
**Our Price:** $19.99
ⓘ See Larger Image

**Integrity: Wave**
Item #: 431369
Art Print
28 x 22 in
**Our Price:** $19.99
ⓘ See Larger Image

Free Shipping! ►

**Title:** Teamwork: Climbers
**Type:** Art Print
**Size:** 22 x 28 in
**Item #:** 328266
Usually ships **same day**

**Our Price:**  $19.99

ADD TO CART >
CUSTOM FRAME IT >

**Additional Services:**
See it Mounted
See it On Canvas
See it Laminated

✉ Recommend item to friend
✉ Send image as an E-card

■ **Related Categories**


Teamwork
(66 items)

Motivational
(2,782 items)

Sports Motivational
(632 items)



Sports
(25,716 items)

⊞ Show all 14 Categories

■ **Popular Categories**
 • Fine Art
 • Decorative Art
 • Vintage Art
 • Photography
 • Canvas Art
 • What's New
 • Best Sellers

■ **Save to Your Gallery**
Email: [        ]  Submit
Help?                   Login



- [Loyalty](Loyalty)
- [Luck](Luck)
- [Miracles](Miracles)
- [Moderation](Moderation)
- [Opportunity](Opportunity)
- [Originality](Originality)
- [Overcome](Overcome)
- [Passion](Passion)
- [Patience](Patience)
- [Patriotic Motivational](Patriotic Motivational)
- [Peace](Peace)
- [Perfection](Perfection)
- [Perseverance](Perseverance)
- [Persistence](Persistence)
- [Perspective](Perspective)
- [Play](Play)
- [Possibility](Possibility)
- [Power](Power)
- [Pride](Pride)
- [Priorities](Priorities)
- [Purpose](Purpose)
- [Quality](Quality)
- [Reach](Reach)
- [Reflection](Reflection)
- [Relax](Relax)
- [Respect](Respect)
- [Responsibility](Responsibility)
- [Risk](Risk)
- [Self-Esteem](Self-Esteem)
- [Serendipity](Serendipity)
- [Serenity](Serenity)
- [Smile](Smile)
- [Spirit](Spirit)
- [Splendor](Splendor)
- [Sports Motivational](Sports Motivational)
- [Strength](Strength)
- [Strive](Strive)
- [Success](Success)
- [Teamwork](Teamwork)
- [Tenderness](Tenderness)
- [Think](Think)
- [Time](Time)
- [Tolerance](Tolerance)
- [Tranquility](Tranquility)
- [Trustworthiness](Trustworthiness)
- [Truth](Truth)
- [Valor](Valor)
- [Values](Values)
- [Vision](Vision)
- [Wellness](Wellness)
- [Winning](Winning)
- [Wisdom](Wisdom)
- [Wish](Wish)
- [Wonder](Wonder)
- [Work Together](Work Together)





5:04:05 PM 9/21/2007















- Loyalty
- Luck
- Miracles
- Moderation
- Opportunity
- Originality
- Overcome
- Passion
- Patience
- Patriotic Motivational
- Peace
- Perfection
- Perseverance
- Persistence
- Perspective
- Play
- Possibility
- Power
- Pride
- Priorities
- Purpose
- Quality
- Reach
- Reflection
- Relax
- Respect
- Responsibility
- Risk
- Self-Esteem
- Serendipity
- Serenity
- Smile
- Spirit
- Splendor
- Sports Motivational
- Strength
- Strive
- Success
- Teamwork
- Tenderness
- Think
- Time
- Tolerance
- Tranquility
- Trustworthiness
- Truth
- Valor
- Values
- Vision
- Wellness
- Winning
- Wisdom
- Wish
- Wonder
- Work Together






















About Us · Careers · Affiliates · Business Sales · Request Catalog · Contact Us · Help

Safe & Secure Shopping

HACKER SAFE TESTED 21-SEP

Order Toll Free: 800-952-5592
Mon-Sat 8am - 10pm ET

Sign up for Art.com newsletters!
Enter email [go]

© 1995-2007 Art.com, Inc. All rights reserved.    Privacy Policy   Terms of Use

5:06:47 PM 9/21/2007

About Us · Careers · Affiliates · Business Sales · Request Catalog · Contact Us · Help

Safe & Secure Shopping

HACKER SAFE TESTED 21-SEP

Order Toll Free: 800-952-5592
Mon-Sat 8am - 10pm ET

Sign up for Art.com newsletters!
Enter email [go]

© 1995-2007 Art.com, Inc. All rights reserved.    Privacy Policy   Terms of Use

# SUCCESSORIES®
### Setting the Tone for Success

▸ Bookmark This Page!
▸ Home  ▸ My Account  ▸ My Cart: 0 items
▸ All pricing in US dollars 🇺🇸  ▸ Canadian click here 🇨🇦

[keyword search or SKU #] [Go]

**SHOP ONLINE**
**By Catalog Item #**
[    ] [GO]

**By Category**
- New Releases
- Award Product
- Award Programs
- Books & Bookmarks
- Business Essentials
- Calendars & Planners
- Certificate Awards
- Desk Accessories
- Desktop Prints
- Executive Gifts
- Fun Motivation
- Greeting Cards
- Holiday Cards
- Instant Recognition
- Medallion Product
- Motivational Framed Prints
- Office Art
- Promotional Products
- Recognition Pins

**By Theme**
- Appreciation
- Attitude
- Effort
- Encouragement
- Excellence
- Innovation
- Leadership
- Make it Happen
- Multithematic
- Priorities
- Service
- Success
- Teamwork

**By Price Range**
- $0 - $19.99
- $20 - $49.99
- $50 - $89.99
- $90 - $119.99
- Over $120

[OUTLET CENTER]
[ONLINE ONLY SPECIALS]
[CATALOG QUICK ORDER]
[REGISTER FOR AN ACCOUNT]
["MOTIVATION MATTERS" RESOURCE LIBRARY]
[ABOUT SUCCESSORIES]

[VeriSign Secured - VERIFY]

## Teamwork Framed Motivational Print


🔍 VIEW LARGER IMAGE

#710652
**$149.99 USD**

As low as $134.99 each in quantity

**Please add 10 additional business days for production.**

[add to cart]

*100% Satisfaction Guarantee!*

**Quote:**
"We are committed to working together, each part a sum of the whole, all contributors to the final outcome and that outcome is success."

**Description:**
The values of an organization are what drive a company to success. It is imperative, therefore, to make sure each and every person in your organization knows those values, understands them, and is committed to making them a part of everything they do.

This line of 24" x 30" prints allows you to display important organizational values throughout your facilities as a daily reminder of your organization's commitment to success. In fact, we've done extensive research of successful companies and identified eight key values that are common to those companies. We've used those values as inspiration for these Commitments prints. Select one, or mix and match different prints that correspond to your organization's specific values.

Use the configurator at right to select a frame style or select the unframed option. Click on Rebuild to see your selection. Once you have selected a frame, click on Add to Cart to purchase.

You can also customize these prints with your own goals and messages, and add your logo. Click on Show Similar Products with Engraving or Logo Options below to customize your Commitments print.

**For other options...Step 1.** Select from the options below.

**Step 2.** Click "**Rebuild**"

**Step 3.** "**Add to Cart**" when done.

- ○ 1.5" Charcoal Stepped Wood
- ○ 1.5" Italian Pecan Wood
- ○ 1.5" Walnut Wood
- ● 1.75" Mahogany Finished Wood
- ○ 2.125" Silver Wood
- ○ Black Alum
- ○ Silver Aluminum

☐ Add a Logo
☐ Add Engraving/Imprinting

Be sure to click "**Rebuild**" to see the product you created and the price.

[rebuild]

- See Other **Commitments**

**Quantity Discounts:**

| QTY: | 1-6 | 7-12 | 13-24 | 25+ |
|---|---|---|---|---|
| Price: | $149.99 | $144.99 | $139.99 | $134.99 |

**Size Information:**

| Height: | 24.0" |
|---|---|
| Width: | 30.0" |
| Depth: | 0.0" |
| Weight: | 14.45lbs. |

**More Product Ideas**


Writing Instruments

Writing Instruments - Quote Only-Not Personalized or Monogram


Framed Desk Decor - Black Alum

- Show Other Teamwork Products
- Show Other Motivational Framed Prints
- Show Other Commitments Products
- Show Other Teamwork Products
- Show Similar Products with Engraving or Logo Options

| Motivational Prints | Award Products | Business Essentials | Promotional Products | Calendars & Planners | Books & Bookmarks |
| --- | --- | --- | --- | --- | --- |
| Office Art | Award Programs | Executive Gifts | Fun Motivation | Greeting Cards | Medallion Products |
| Desk Prints | Certificate Awards | Desk Accessories | Instant Recognition | Holiday Cards | Recognition Pins |

Sitemap | About Successories | Request A Catalog | Request Newsletter | Customer Service | Store Locations | Affiliate Program | Privacy Policy | Legal Notice | Contact Us

(800) 535-2773   © Copyright Successories, 2007. All Rights Reserved

VeriSign Secured - VERIFY»

5:07:31 PM 9/21/2007