**EXHIBIT F**

http://www.promopeddler.com/Detail/71400/540-120LC14

**Promotional Products & Custom Promotion Items Imprinted!**



**1-800-455-1350**
Mon - Fri 6:00am - 5:00pm PST

Contact Us | Buyer's Club | Bargains | Register | Artwork | Imprinting 101 | Company

Home » Catalog » 71400 » 540 120LC14     My Account | Cart Contents | Checkout

**Search For Items**

[GO]
» Search BETA

[GO]
» Advanced Search

**Product Categories**
» Apparel
» Automotive
» Awards & Recognition
» Badges
» Bags & Cases
» Beauty Products
» Business Accessories
» Calendars & Planners
» Candy & Snacks
» Caps & Hats
» Cards & Bookmarks
» Clocks
» Computer Media & Acces.
» Corporate Gifts
» Desktop & Office
» Electronics & Accessories
» Food & Beverage
» Games & Novelties
» Golf Equipment
» Health & Safety
» Holiday Items
» Home & Housewares
» Jewelry & Wristbands
» Magnets & Magnetic Items
» Mugs, Cups, & Drinkware
» Office Supplies
» Outdoor Items
» Pens & Writing Instruments
» Pocket & Purse Items
» Sports
» Tools & Hardware
» Trade Show & Conventions
» Travel
» Watches
» Wine & Spirit Accessories

**Sections**
» Artwork Information
» Ask The Ideas Guru
» Marketing Ideas
» Minimum Order
» Promotional Articles
» Promotional Blog
» Site Map
» Testimonials
» Top Sellers

Product detail for Item Number : [71400-540-120LC14]

**Mines Press Inc.: Logo Imprinted Teamwork - Lenticular 3-D spiral bound planner with 2008 appointment format.**



Ordering Information:

**Item Number:** [71400-540-120LC14]

**Lowest Price:** $4.40 each (See price table)

**Description:** Logo Imprinted Teamwork - Lenticular 3-D spiral bound planner with 2008 appointment format, 2 weekdays per sheet, ruled hourly schedule, 13 months and 192 pages. The year dont give your customers or clients the same old tired looking planner. Each of these journals will capture the eye and mind of anyone who receives one. Theyre perfect for reinforcing motivational messages to customers, at seminars, inspiring your staff at sales meetings or as a reminder of corporate goals.



* Some of the items on our site include a one location, one color imprint with the pricing. (In addition to a small setup fee. Call or request a quote to see if this item qualifies.)

| Quantity | 100 - 199 | 200 - 299 | 300 - 499 | 500 - 999 | 1000 - 1999 | 2000 | MORE |
|---|---|---|---|---|---|---|---|
| Price (USD) | $5.95 | $5.45 | $5.25 | $4.95 | $4.60 | $4.40 | CALL |

   

Additional Promotional Product Details:

**Item Details:**
- **Size:** 8 1/2 inches x 5 1/2 inches
- **Production Time:** 15 day(s)

**Custom Imprint Options / Additional Information:**
Price includes enlarging or reducing logo to size and typesetting up to 5 lines of copy on cover. Returned orders due to incorrect shipping address. $10

* Production times are after artwork approval, and does not include shipping time.
* Item may be available for a rush order (shorter production time), contact your account manager for details.

We require a minimum order amount of $500.00 please. Minimum Order Policy
Prices and images are subject to change. Please call for current product data.

Product samples are available for purchase, if you are considering item for imprinting : [ORDER SAMPLE]

**More from this manufacturer? :** View all products from Mines Press Inc.
**Search for more items? :** View all products in Diaries & Journals : Lenticular

Additional Information:

The Teamwork - Lenticular 3-D spiral bound planner with 2008 appointment format is available with your promotional message or custom imprinted logo. Options for custom imprinting are outlined in the Custom Imprint Options / Additional Information: above. If no imprinting options are shown, please give your account manager a call for exact customization methods available. The manufacturer may change pricing and details before we are able to show you the changes. Please use this information as a guide. Your account manager will verify pricing, details, and imprint options when ordering. Please be sure to contact us if you have any questions for this item, or any other promotional / custom imprinted items you may be searching for. Your personal account manager is ready to assist you!



**Need More Help?**

Your dedicated Account Manager is ready to help.

Call: 1-800-455-1350

**Information**
◀ Shipping & Returns
◀ Privacy Notice
◀ Clothing Sizes
◀ Buyer Rewards FAQ
◀ Conditions of Use
◀ Contact Us



http://www.officedepot.com/ddSKProductDisplay?sku=525424

Corporate/Federal/GSA Customers | Store Locator | International | Español | About Us | Help

**Office DEPOT**
*Taking Care of Business*

Search for [_____] **SEARCH**
Enter keyword or item #

1.800.GO.DEPOT

Log in | Register

| OFFICE SUPPLIES ▼ | FURNITURE ▼ | TECHNOLOGY ▼ | OUR SERVICES ▼ | SHOPPING TOOLS ▼ |

0 Item(s) in Cart
Subtotal: $0.00
Add $50.00 more for FREE Next Business Day Delivery!*

[View Cart] [Checkout]

Home > Find Your Product

[BACK TO RESULTS]

▸ View all **Erasable Wall Calendars & Planners**

### At-A-Glance® Successories® 30/60 Day Undated Erasable Wall Planner, 36" x 24"



ENLARGE IMAGE ▸

Item #: 525424

**$22.99** In Stock
each

Quantity: [__]   [ADD TO CART]

[ADD TO LIST]   [COMPARE]

**Description** | Product Details | Related Items

Reversible, undated erasable wall planner features a 30-day calendar on 1 side and a 60-day calendar on the other. Wall planner has a 4-color image with a motivational "Teamwork" theme and quote. Block size: side 1 is 4 1/2" x 4 1/4"; side 2 is 2" x 4 1/4".

▸ **Recently Viewed**

**$21.99**
At-A-Glance®
Successories®
Collection
Horizontal/Vertical
Erasable Wall
Calendar, 36" x
24", 2007

View and Edit Your Browsing History ▸

| Site Info | Customer Service | Company Info | Specials | Products |
|---|---|---|---|---|
| Site Map | Customer Service | Store Locator | Worklife™ Rewards | Tech Depot |
| International | Refunds and Exchanges | About Office Depot® | Mail-in Savings Center | Ink Depot |
| Office Depot en Español | Contact Us | Affiliate Program | Advertised Specials | Furniture Depot |
| Terms of Use | Order Tracking | Career Opportunities | 5% Back to Schools | Design, Print & Ship |
| Privacy Policy | Delivery Info | Government Programs | Program | Christopher Lowell |
| | Re-order | NASCAR & Carl Edwards | | Ativa™ |
| | Order by item# | Diversity | | Foray™ |
| | My Account | Community Involvement | | Products A-Z |
| | Request a Catalog | Women in Business | | Buy Green |
| | Gift & Rewards Cards | Environmental Programs | | |
| | Website Feedback | Media Relations | | |
| | Important notices, errors, and omissions | Investor Relations | | |



Copyright @2007 by Office Depot, Inc. All rights reserved. Prices shown are in U.S. Dollars. Please login for country specific pricing.
Prices are subject to change based on your order and delivery location(s) and the applicable retail store location. All orders are subject to the Terms of Use.
NASCAR® is a registered trademark of the National Association for Stock Car Auto Racing, Inc.
Roush Fenway Racing and Carl Edwards' name and/or likeness used by authority of Roush Fenway Racing, LLC.

5:13:56 PM 9/21/2007



LOG IN | MY ACCOUNT | CART | SHIPPING INFO | HELP

HOME | TOP 100 | DOGS | SPORTS | ART | MODELS | HUMOR
SEARCH | FRAMES | GIFT IDEAS | BARGAINS | CONTACT US

**EARLY BIRD SPECIAL!** 15% off $20 or More. CLICK for details.

Home > Inspirational Calendars >

### NEW! Motivational Moments 2008 Wall Calendar



Click for other item views
Only $11.99

Our Price: $11.99
Status: In Stock
Format: Standard Wall
Size Closed: 12" x 12"
Size Opened: 12" x 24"
Publisher: © 2008 DateWorks
Product ID: 200800000241

Awe-inspiring images and uplifting text combine to make this calendar a marvelous companion to aid in your meditations and personal growth throughout the year.

### RELATED LINKS

Inspirational Calendars > Inspirational Quotes Calendars
Inspirational Calendars > All Inspiration Calendars
WALL CALENDARS
Calendar Publishers A-Z > DateWorks Calendars
Inspirational Calendars > Inspiration Calendars A-Z > Inspiration Calendars H-R
Back to Inspirational Calendars

### MORE ITEMS LIKE THIS



**NEW! Peaceful Moments 2008 Wall Calendar**
Our Price $13.99
Status: In Stock
Format: Standard Wall
Publisher: Legacy Publishing



**NEW! Inspiration 2008 Wall Calendar**
Our Price: $12.99
Status: In Stock
Format: Standard Wall
Publisher: Browntrout



**Wise Words Perpetual Calendar**
Our Price $10.00
Status: In Stock
Format: Perpetual Calendar
Publisher: Hay House

View all "More Like This" Items

### WE ALSO RECOMMEND



**NEW! Mom's Plan-It 2008 Magnetic Mount Wall Calendar**
Our Price $13.99
Status: In Stock
Format: Magnetic Mount
Publisher: Avalanche Publishing

**NEW! Ansel Adams 2008 Deluxe Wall Calendar**
Our Price $18.99
Status: In Stock
Format: Deluxe Wall
Publisher: Little, Brown and Company








We're your source for affordable gifts. Our vast selection helps you find just the right gift for everyone on your list. Click here for ideas.

**EMAIL ME**

 Email me with more info about this category.

**TELL A FRIEND**

Click here to send friends a link to Calendars.com. You'll each get FREE SHIPPING on your next order!

**TELL US WHAT YOU THINK**

 About our site

About any titles you think we're missing



☐ Select

[ADD TO ORDER +]

**Wrought Iron Calendar Frame**
**Our Price $24.99**
Status: In Stock
Format: Calendar Frame
Publisher: Avalanche Publishing

**TOP 5 HUMOR** (implied)
1. Dilbert
2. Bush Out of Office Countdown
3. Peanuts
4. Cartoons from The New Yorker
5. For Better or for Worse
   Top 50 Humor Calendar Titles

**TOP 5 MODELS**
1. Maxim
2. SNI Swimwear
3. Too Hot to Handle
4. Construction Chicks
5. Dreamgirls
   Top 50 Models Calendar Titles

**TOP 5 MOMS**
1. Mom's Plan-It
2. MORE TIME MOMS Family Organizer
3. Mom's Family
4. Mom's Ultimate Family Fridge
5. Amy Knapp's Family Organizer
   Top 50 Moms Calendar Titles

**TOP 5 SCENIC**
1. Paradise
2. National Parks
3. Audubon Nature
4. World's Greatest Mountains
5. Rainbows
   Top 50 Scenic Calendar Titles

**TOP 5 CATS**
1. Cat Lovers
2. Cat Naps
3. Ginger Cats
4. For the Love of Kittens
5. What Cats Are...
   Top 50 Cats Calendar Titles

**TOP 5 CRAFTS**
1. Quilts
2. Quilts
3. Knitting
4. American Quilt
5. Quilts of Canada
   Top 50 Crafts Calendar Titles

**TOP 5 FAMILY**
1. Winnie the Pooh
2. SpongeBob SquarePants
3. Disney Fairies
4. Marvel Heroes
5. Curious George
   Top 50 Family Calendar Titles

**TOP 5 ANIMALS**
1. Squirrels
2. Rabbits
3. Moose
4. Polar Bears
5. Foxes
   Top 50 Animals

Calendar Titles

**TOP 5 ART**

1. Thomas Kinkade Painter of Light
2. Kim Jacobs Through My Cottage Window
3. Charles Wysocki Americana
4. Impressionists
5. American Ballet Theatre

   Top 50 Art Calendar Titles

**QUICK CLICKS**

Home | Gift Ideas | Bargains | Kids | Collectibles | Pets | Celebs | Humor | Office | Affiliates | About Us | In the News

**CUSTOMER SERVICE**

Checkout/My Shopping Cart | Email Us | Shipping Information | International Shipping | Order Tracking | Security | Return Policy | Privacy | Help

Or call 1-800-366-3645 (click here for hours)

THE BEST SELECTION OF CALENDARS IN THE KNOWN UNIVERSE™

      

Powered by Catapult

UK Residents Click here

Canadian Residents Click here

Flexible Payment Options

A Division of Calendar Club ©2002-2007 Calendars.com L.L.C. All Rights Reserved.
Legal Notices | Privacy

5:22:19 PM 9/21/2007



Front Cover Image | Back Cover Image

close window

