# EXHIBIT G

# POCKET PAL®

2008

## IDENTIFICATION

NAME

HOME ADDRESS

CITY STATE ZIP

TELEPHONE HOME CELL

E-MAIL

WEB SITE

BUSINESS NAME

BUSINESS ADDRESS

CITY STATE ZIP

BUSINESS TELEPHONE

BUSINESS FAX NO

## IN CASE OF ILLNESS OR ACCIDENT, NOTIFY

NAME

ADDRESS

TELEPHONE HOME OFFICE

## SPECIAL EMERGENCY INSTRUCTIONS

BLOOD TYPE ALLERGIES

DOCTOR TELEPHONE

MEDICAL INSURANCE PROVIDER

POCKET PAL® DIARY
Copyright © MYRON CORP. 2007
All rights reserved. Reproduction of product formats or descriptions in part or whole is prohibited by law.
205 Maywood Avenue, Maywood, New Jersey 07607
Phone: (800) 526-9766 Fax: (201) 843-8390
Web site: www.myron.com
Canada, 5610 Finch Avenue East, Toronto, Ontario M1B 6A6
Printed in China

# EXHIBIT H

Web Images Video News Maps Gmail more ▼ Sign in

Google

"together we achieve the extraordinary" Search | Advanced Search Preferences

New! View and manage your web history

**Web** Results **1** - **10** of about **591** for **"together we achieve the extraordinary"**. (**0.09** seconds)

[PDF] Teamwork: **Together we achieve the extraordinary**
File Format: PDF/Adobe Acrobat - View as HTML
Division of Student Life. 2005/2006. Dean's Annual Breakfast. ON THE COVER. Congratulations to Karen Williams of. CopyTech for submitting this year's ...
web.mit.edu/dsl/priorities/BkfstBook05.pdf - Similar pages

@UCSD: **Together We Achieve the Extraordinary**
Colorful student-designed banners rippled and billowed along campus walkways, proclaiming the day's theme, **Together We Achieve the Extraordinary**. ...
alumni.ucsd.edu/magazine/vol2no2/features/together.htm - 36k -
Cached - Similar pages

News Releases
"**TOGETHER WE ACHIEVE THE EXTRAORDINARY**". Regent Parsky, Presidents Dynes and Atkinson; Fellow UC Chancellors, especially Chancellor Emeritus York and ...
ucsdnews.ucsd.edu/newsrel/general/Fox_Inauguration.asp - 44k -
Cached - Similar pages

Extraordinary Past, Extraordinary Promise: UCSD Welcomes a Dynamic ...
Vivid blue and gold banners proclaiming the day's theme, **Together We Achieve the Extraordinary**, marked the concourse entry to the event, and each guest was ...
ucsdnews.ucsd.edu/thisweek/2005/mar/03_07_inauguration.asp - 34k -
Cached - Similar pages

Partners in Capacity Development P/L - **Together we achieve the ...**
-**Together we achieve the extraordinary**! PCD has a very simple approach - we work behind the scenes to assist good organisations to become great ...
www.pcd.websyte.com.au/ - 20k - Cached - Similar pages

Floyd Mechanical Corportaion | "**Together we achieve the ...**
Company. **Together we achieve the extraordinary**. Achievements · Capabilities Statement · Home · The Company · Services · Sheet Metal Shop · Contact Us ...
www.floydmechanical.com/company.html - 9k - Cached - Similar pages

Floyd Mechanical Corportaion | "**Together we achieve the ...**
Services. **Together we achieve the extraordinary**. We are a mechanical and general contractor. Home · The Company · Services · Sheet Metal Shop · Contact Us ...
www.floydmechanical.com/services.html - 9k - Cached - Similar pages
[ More results from www.floydmechanical.com ]

Welcome to CProS, Inc. - Together we can achieve the extraordinary!
**Together we achieve the extraordinary**! CProS, Inc. Welcome. Home · About Us · Services · Clients · Glossary · Contact Us. CProS, Inc. (Computer Programming ...
www.cprosvcs.com/main.html - 10k - Cached - Similar pages

Horizon Staffing Services Employer Info on CareerBuilder
Our company philosophy of "**Together We Achieve the Extraordinary**" embodies our commitment to the spirit of the Equal Opportunity legislation. ...
www.careerbuilder.com/JobSeeker/Companies/
CompanyDetails.aspx?hhname=horizonstaffcom - 36k - Cached - Similar pages

ETHAN's Programs
For more information click the RxMedConnection button below! "**Together We Achieve the Extraordinary**!" Newsletters · Benefits Checkup · Medical Camps.
www.ethannetwork.org/programs.htm - 18k - Cached - Similar pages

1 2 3 4 5 6 7 8 9 10 **Next**

Try Google Desktop: search your computer as easily as you search the web.

"together we achieve the extraordin: Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

# EXHIBIT I

# Coharie Intra-Tribal Council, Inc.

**Coharie Tribal Center**
7531 North US 421 Hwy.
Clinton, North Carolina 28328
(910) 564-4906...phone
(910) 564-6909...phone
(910) 564-2701...fax
coharieindian@yahoo.com




***OFFICE HOURS:***

***Monday - Friday***
(8:30 a.m. - 5:00 p.m.)

## Links:

History ot the Coharie Indians
By: George E. Butler

North Carolina Commission of Indian Affairs

North Carolina Indian Economic Development Initiative

Sampson County

Harnett County

Sampson County Community College Small Business Center

Sampson Independent

Burnt Swamp Baptist Association

North Carolina Council on Developmental Disabilities

Centers for Disease Control and Prevention

TOBACCO ALERT!!!



IMPORTANT EVENTS

Sign My GuestBook | View My GuestBook

View Old GuestBook Entries

THE COHARIE TRIBES MOTTO:

**"Teamwork"**
**together we achieve the extraordinary, separate we achieve very little**

GO BACK TO THE COHARIES HOMEPAGE






Home

Services

Contact

TEAMWORK! TOGETHER WE ACHIEVE THE EXTRAORDIN/



Welcome to **Rick's Lawn & Garden Service**, your area's oldest lawn maintenance company. We have been serving Dane County for over 30 years and in that time, have established ourselves as lawn and garden specialists. From mowing to edgings to installation and delivery, we have all the services you require in order to establish and maintain a fabulous looking lawn or garden.

Specializing in Small Jobs:

- **Complete Lawn Maintenance**
- **Landscape Construction**
  - Excavating
    - Grading
    - Water Drainways
    - Back Hoe Work
    - Patio Pavers
    - Side Walks and Driveways
    - Post Hole Digging
    - Top Soil
    - Decorative Stones/Stone Beds
    - Rock Walls

- Mowing
- Landscaping
- Spring and Fall Clean-Ups
- Pruning
- Bark Mulch
- Bark Beds
- Dethatching
- Snow Plowing
- Block Walls
- Mulch
- Land Clearing
- Edgings

(608) 873-3510




powered by YELLOWPAGES.COM

Sign In




Teamwork:

*Together we achieve the extraordinary*

Dean's 5TH Annual Breakfast
September 21, 2005
Division of Student Life





**Sections**

Top Stories
People
Press Clips
@Work
What's Happening
Faculty Authors

**Got News?**

Submit Story Ideas!

**Archives**

See Past Issues

**Contact**

Subscriptions
Contact Us

**Related Links**

UCSD News

# Top Stories

 Print  Forward

## Marye Anne Fox To Be Inaugurated March 3, 2005 As Chancellor

By Pat Jacoby | February 28, 2005

The traditional pomp of an academic inauguration, with its procession of dignitaries in rainbow-hued institutional robes, its inspirational music and scholarly remarks, will take place at RIMAC Arena on Thursday when Marye Anne Fox is installed as seventh chancellor of the 25,000-student campus.

The event begins at 10 a.m. and will be followed by a buffet lunch on RIMAC Field, to which all attendees are invited.

The theme for the inauguration is *Together We Achieve the Extraordinary*, reflecting the spirit and energy of UCSD and the campus tradition of teamwork. Individual flags given to attendees and banners lining the concourse entry to the Arena will expand the theme. Ellen Revelle, widow of Roger Revelle, considered the "father" of UCSD, will serve as honorary chair of the event.

Ralph Cicerone, chancellor of the University of California, Irvine, and recently elected president of the National Academy of Sciences, will give the inaugural address. Robert C. Dynes, president of the University of California, will conduct the ceremony of investiture.

The inauguration will open with an academic procession of nearly 70 members of the Platform Party consisting of inaugural speakers, Regents, former Regents, officers of the Regents, former presidents, vice presidents, laboratory directors, chancellors, former UCSD chancellors, UCSD vice chancellors, deans and provosts, inaugural marshals and select others.

**Schedule of Events**

| | |
|---|---|
| 10:00 a.m. | **Inauguration Ceremony** RIMAC Arena |
| 12:00 p.m. | **Inaugural Lunch** ALL CEREMONY ATTENDEES INVITED TO ATTEND RIMAC Field Event will be held inside in the event of rain |
| 4:30 p.m. | **The 2005 Kyoto Laureates Symposium** Basic Science Presentation Price Center Theatre |

**Live Webcast**

A live webcast of the inaugural ceremony can be viewed by visiting http://foxinauguration.ucsd.edu.

A live webcast of the Kyoto Symposium can be viewed by visiting http://foxinauguration.ucsd.edu.

Academic attire will be worn by these platform participants as well as other delegates representing institutions of higher learning, learned societies, educational organizations and UC faculty.

Processional music will be performed by the La Jolla Symphony, led by Harvey Sollberger, conductor and professor, Department of Music. The UCSD Gospel Choir, directed by Kenneth Anderson, will offer several selections.

Gerald Parsky, chairman of the Board of Regents, will give the official welcome. Slated to present official greetings from their constituencies are: Jenn Pae, president of UCSD Associated Students; Kristopher Kohler, president, UCSD Graduate Student Association; Henry DeVries, president, UCSD Alumni Association Board; Jacque Fowler, chair, UCSD Staff Association; Donald Tuzin, chair, San Diego Division of the Academic Senate; Steven Weber, president, San Diego State University; Jerome Katzin, UC San Diego Foundation, and Parsky, representing the Board of Regents.

During the buffet luncheon on the field following the inaugural ceremony, gifts will be presented to Chancellor Fox from student and staff groups.

The inauguration events will continue at 4:30 p.m.when Alfred Knudson Jr., M.D., Ph.D., will give the 2005 Kyoto Laureate Symposium basic sciences address in the Price Center Theatre. A noted geneticist, Knudson's research provided the momentum for dramatic progress in the study of cancer genetics.

Fox, a nationally known chemist and academic leader, was named as UCSD Chancellor in April, 2004, by the UC Board of Regents. She previously was chancellor and distinguished university professor of chemistry at North Carolina State University, a post she held since 1998. Before going to North Carolina, Fox spent 22 years at the University Texas, where she advanced from assistant professor of organic chemistry to vice president for research and held the Waggoner Regents Chair in chemistry.

Fox earned a bachelor's degree in science from Notre Dame College, a master's degree in science form Cleveland State University and a Ph.D. from Dartmouth College. She has held over 50 endowed lectureships at universities around the world and received numerous awards, including the Charles Lathrop Parsons Award for 2005 from the American Chemical Society in recognition of outstanding public service.

She also has been honored with numerous teaching awards as well as the Monie Ferst Award, a national award recognizing outstanding mentoring of graduate students.



**UCSD University Communications**
9500 Gilman Drive MC0938
La Jolla, CA 92093-0938
858-534-3120
Email: thisweek@ucsd.edu

# Construction and Abatement Services, Incorporated

## Home

- Home
- Services
- Employment
- Emergency Response
- About Us

Construction and Abatement Services, Inc is a licensed and certified general contractor specializing in Asbestos, Lead, Mold and Hazardous material abatement.

Licensed in Kansas and Missouri.

---

## Our Mission

**TEAMWORK** Together we achieve the extraordinary

---

## Contact Information

**Telephone**
816-524-3233

**FAX**
816-524-0348

**Postal address**
212 N. E. Main, Lee's Summit MO 64063

**Electronic mail**
General Information: admin@caskc.com
Sales: ralph.kincaid@caskc.com
Emergency Response: chris.hoppe@caskc.com