UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYRON CORPORATION,<br><br>                     Plaintiff,<br><br>vs.<br><br>HOLLAND USA, INC. D/B/A AMSTERDAM PRINTING,<br><br>                     Defendant. | Case No. 07-CV-6877 (PAC)<br><br>Hon. Paul A. Crotty, U.S.D.J.<br><br>**SUBSTITUTION OF COUNSEL** |

The undersigned hereby consent and agree that Lowenstein Sandler PC be substituted as attorneys of record for Plaintiff Myron Corporation in the above-captioned action in place and stead of Colucci & Umans.

COLUCCI & UMANS
218 East 50th Street
New York, New York 10022

By: _/s/ Frank J. Colucci_
Frank J. Colucci
Withdrawing Attorneys

Dated: November 29, 2007

LOWENSTEIN SANDLER PC
1251 Avenue of the Americas
New York, New York 10020
212.262.6700

By: _/s/ Stephen R. Buckingham_
Stephen R. Buckingham
Superseding Attorneys

Dated: November 30, 2007