# Lowenstein Sandler
**ATTORNEYS AT LAW**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 1 2007

**Stephen R. Buckingham**
Member of the Firm
Tel 973 597 2326
Fax 973 597 2327
sbuckingham@lowenstein.com

December 10, 2007

**BY E-MAIL** (CrottyNYSDChambers@nysd.uscourts.gov)

Honorable Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*[handwritten: December 11, 2007. The parties may have until January 7, 2008 to work out a settlement. If that is unaccomplished, the parties are to submit a civil case management plan by that date. So Ordered. Paul Crotty USDJ.]*

**Re:    Myron Corp. v. Holland USA, Inc. d/b/a Amsterdam Printing, 07-CV-6877 (PAC)**

Dear Judge Crotty:

We represent Plaintiff Myron Corporation in the above-referenced action. In my letter to Your Honor dated November 30, 2007, I advised the Court that this firm had substituted in as counsel and would contact Defendant's counsel to discuss the preparation of a civil case management plan. I spoke with Mario Aieta of the Fross Zelnick firm on Wednesday of last week and we agreed to pursue settlement discussions regarding this matter. Mr. Aieta advised me that he would speak with his client regarding settlement and get back to me, but that he would be on vacation this week.

Accordingly, I am writing on behalf of both parties to report that the parties have begun a dialog regarding settlement, and to request that the Court allow the parties some time to see if a settlement can be reached before they are required to submit a civil case management plan.

Respectfully submitted,

*/s Stephen R. Buckingham*

Stephen R. Buckingham

16661/4 12/10/07 2266957.02

cc:    Mario Aieta, Esq.
       Betsy Judelson, Esq.
       Mr. Robert P. Lack
       (all by e-mail)

**MEMO ENDORSED**

Lowenstein Sandler PC                                    www.lowenstein.com