UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MYRON CORP.

        Plaintiff,

        v.

HOLLAND USA, INC. D/B/A AMSTERDAM
PRINTING,

        Defendant.
-------------------------------------------------------------------x

07 CV 6877 (PAC)
(Judge Crotty)

## STIPULATION OF DISMISSAL

The parties having settled this matter, it is hereby stipulated by and between the parties pursuant to Federal Rule of Civil Procedure 41(a) that all claims in this matter be and hereby are dismissed with prejudice, and without costs.


LOWENSTEIN SANDLER PC

By: _____
    Stephen R. Buckingham (SB-6067)
    Lowenstein Sandler PC
    65 Livingston Avenue
    Roseland, NJ 07068-8700

Attorneys for Plaintiff

SATTERLEE STEPHENS BURKE &
BURKE

By _____
    Mario Aieta (MA-2228)
    Satterlee Stephens Burke & Burke
    230 Park Avenue, Suite 1130
    New York, NY 10169-0079

Attorneys for Defendant