(Rotty, S.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 9 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MYRON CORP.

    Plaintiff,

        v.

HOLLAND USA, INC. D/B/A AMSTERDAM
PRINTING,

    Defendant.
-------------------------------------------------------x

07 CV 6877 (PAC)
(Judge Crotty)

## STIPULATION OF DISMISSAL

The parties having settled this matter, it is hereby stipulated by and between the parties pursuant to Federal Rule of Civil Procedure 41(a) that all claims in this matter be and hereby are dismissed with prejudice, and without costs.

LOWENSTEIN SANDLER PC

By: _____
Stephen R. Buckingham (SB-6067)
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-8700

Attorneys for Plaintiff

SATTERLEE STEPHENS BURKE &
BURKE

By _____
Mario Aieta (MA-2228)
Satterlee Stephens Burke & Burke
230 Park Avenue, Suite 1130
New York, NY 10169-0079

Attorneys for Defendant

SO ORDERED: FEB 1 9 2008

_____
U.S.D.J.